**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR99-24Y; MC 03-56Y **DATE**: June 8th, 2005

**TITLE OF CASE:** USA v. Arthur D'Amario

---

**CHIEF JUDGE:** **Chief Judge William Young**

**COURTROOM CLERK:** **Barbara J. Gilfillan**

**COURT REPORTER:** **Anne Clayton**

**COURT INTERPRETER:** **N/A**

---

**COUNSEL PRESENT**

Government: Adi Goldstein

Defendant: Chuck Tamuleviz

Probation: Brian Pletcher

---

**PROCEEDINGS:** **Violation hearing/Sentencing on Violation**

All counsel of record present, defendant is present, probation is present. Defendant will stipulate to the underlying facts of the violation. However, legal arguments are heard re: jurisdiction (this case is on appeal at the lst Circuit); Judge will go forward with determination on the violation of the order dated 11/9/04 . However, the parties will submit , to the Court, briefs on the jurisdiction issue by June 17th. The Court will issue a decision expeditiously. If it is determined that there is in fact a jurisdictional issue, the conviction, on the violation, will be vacated and a new hearing will be scheduled immediately.

Defendant addresses court. Judge determines the defendant did violate the terms of supervised release and sentences him to 12 months imprisonment (with credit for time served awaiting this hearing); 13 months supervised release and all previous special conditions; plus 4 months in Coolidge House Comprehensive Santions Center.