UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 2, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Arthur D'Amario
CR99-24S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Report & Recommendations of Magistrate Judge Lincoln Almond dated 4/5/2005 (Document #433); Motion to Adjudge in Contempt Keeper of Records for Attleboro Police Dept (Document #397).

Susan Pedram
6-7-05

05-1752

459