UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No.: 1:99CR00024-01 |
| | ) | 1:03MC00056 |
| ARTHUR D'AMARIO, III | ) | |

NOTICE OF APPEAL

Notice is hereby given that the Defendant, ARTHUR D'AMARIO, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment In A Criminal Case (For Revocation of Probation or Supervised Release), entered in this action on the 10th day of June, 2005.

Respectfully submitted this 17th day of June, 2005.

Defendant, Arthur D'Amario,
By his Attorney,

Charles A. Tamuleviz, Bar No.: 6115
Tamuleviz, Hultquist & Bianchi, LLP
144 Westminster Street
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2005, a copy of the foregoing Notice of Appeal was sent by first class mail, postage pre-paid, to the following:

AUSA Adi Goldstein
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Ms. Anne Clayton
c/o Office of the Clerk
United States District Court
One Exchange Terrace
Providence, Rhode Island 02903