**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) No. 99CR00024-01
) 1:03Mc00056
ARTHUR D'AMARIO )

## MEMORANDUM OF LAW AND AUTHORITIES

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and submits the within Memorandum of Law and Authorities on the issue of whether the District Court had jurisdiction to modify the conditions of Defendant's supervised release while the matter was pending on appeal.

For the reasons set forth in the Brief for the Appellant, United States of America, attached here as Exhibit 1, the Government believes that the District Court did in fact have jurisdiction to modify Defendant's sentence. The Government has requested that the First Circuit expedite its decision on this issue in light of this Court's inclination to consider the jurisdictional question de novo. A copy of the United States' Emergency Motion for Expedited Appeal is attached here as Exhibit 2. The government would also note that, at the June 8 oral argument, there was clear indication that the First Circuit panel was not impressed with Defendant's jurisdictional claim. In

light of the oral argument, and the strength of the position outlined in the government's brief, there is every reason to believe that the Court of Appeals will reject that claim.

In light of the foregoing, the government respectfully requests that the Court deny Defendant's Objection to the supervised release violation, or in the alternative, withhold decision until the First Circuit has issued its ruling.

Respectfully Submitted,

The United States of America

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2005, I served by first class mail, postage prepaid, a copy of the within Memorandum, to the following:

Charles A. Tamulevitz, Esq.
144 Westminster Street
Providence, RI 02903

Barry Weiner
Chief U.S. Probation Officer
U.S. Probation Office
3rd Floor, West Pavilion Building
36 Exchange Terrace
Providence, RI 02903-1743

K Anderson