99-24
USDC/RI
Judge Smith

# United States Court of Appeals
## For the First Circuit

No. 04-2566

# MANDATE

UNITED STATES OF AMERICA,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

**JUDGMENT**

Entered: June 23, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court which entered on November 9, 2004, from which this appeal was taken, is affirmed.

**By the Court:**

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Susan Pedrosa
Deputy Clerk

Date: 7-14-05

... 33

FILED

[cc: Mr. Leavey, Mr. Goldstein, Mr. Lockhart, & Ms. Mizner.]