99-00024
USDC/RI
Smith, W

# MANDATE

# United States Court of Appeals

## For the First Circuit

---

No. 04-1205

UNITED STATES OF AMERICA,

Appellee,

v.

ARTHUR D'AMARIO, 3RD

Defendant, Appellant.

---

JUDGMENT

Entered: July 18, 2005

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs. Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/18/05

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: ______________________
Chief Deputy Clerk.

[cc: Stephanie S. Browne, AUSA, James H. Leavey, AUSA, Adi Goldstein, AUSA, Donald C. Lockhart, AUSA, Arthur D'Amario, III]