UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024S

ARTHUR D'AMARIO

NOTICE OF APPEAL

Notice is hereby served that Defendant hereby appeals the Oct. 28, 2005, Order of Judge Young denying his Rule 36 motion to correct error in Judgment, to the First Circuit, and in-forma-pauperis pursuant to F.R.A.P. 24(a)(3) and 18 U.S.C. § 3006A(d)(7).

Defendant, pro se,

Arthur D'Amario 02989-070
U.S. Medical Center
PO Box 4000
Springfield, MO 65801-4000

CERTIFICATION

I certify that on Nov. 7 , 2005, I mailed a copy to AUSA Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903.

defendant, pro se