99-24

# United States Court of Appeals
## For the First Circuit

No. 05-1487

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

Before:

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: November 22, 2005

This appeal from the district court's order of March 16, 2005 denying the "motion to modify release conditions" is dismissed as moot in light of appellant's subsequent reincarceration for violating the conditions of his supervised release. Even were this appeal not moot, it is meritless. See United States v. D'Amario, 412 F.3d 253 (1st Cir.) (per curiam), cert. denied, 126 S. Ct. 206 (2005).

Appellant's various pending motions are denied, including the motion for stay, for reconsideration of appointment of counsel, and for leave to appeal in forma pauperis.

Appeal dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: James H. Leavey, Esq., Donald Lockhart, Esq., Adi Goldstein, Esq. and Arthur D'Amario, III]