MANDATE

99-24
USDC/RI
Judge Smith

# United States Court of Appeals
## For the First Circuit

---

No. 04-1893

UNTIED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: November 18, 2005

We have reviewed the parties' briefs and the record on appeal. Assuming, in appellant's favor, that this appeal is not moot, it is meritless, in any event. There was no abuse of discretion in the district court order denying the motion to amend.

The district court order entered on June 16, 2004 is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

LYNNE ALIX MORRISON

By: ______________________
Appeals Attorney.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Susan Pedersen
**Deputy Clerk**

**Date:** 12-9-05

[cc: James H. Leavey, Esq., Donald Lockhart, Esq. and Arthur D'Amario, III]