99-24
USDC/RI
Judge Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1002

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

Before

Lynch, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: November 18, 2005

We have reviewed the parties' briefs and the record on appeal. There was no abuse of discretion in the denial of the motion for reimbursement.

The motion for leave to file an amended brief is denied.

The district court order entered on December 11, 2003 is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: LYNNE ALIX MORRISON
Appeals Attorney.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Susan Pederson
Deputy Clerk

Date: 12-9-05

[cc: James H. Leavey, Esq., Donald C. Lockhart, Esq. and Arthur D'Amario, III]