MANDATE

99-24
USDC/RI
Judge Smith

# United States Court of Appeals
## For the First Circuit

---

No. 05-1148

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

---

Before:

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: November 22, 2005

This appeal from the district court's order of January 12, 2005 denying the "motion to modify supervised release terms" is dismissed as moot in light of appellant's subsequent reincarceration for violating the conditions of his supervised release. Even were this appeal not moot, it is meritless. See United States v. D'Amario, 412 F.3d 253 (1st Cir.) (per curiam), cert. denied, 126 S. Ct. 206 (2005).

The motion for appointment of counsel is denied.

Appeal dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Susan Pedrosa
Deputy Clerk

Date: 12-13-05

[cc: James H. Leavey, Esq., Donald Lockhart, Esq., Adi Goldstein, Esq. and Arthur D'Amario, III]