AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**ARTHUR D'AMARIO, III**

**AMENDED JUDGMENT IN A CRIMINAL CASE ✳**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:99CR00024-01**
**1:03MC00056**
USM Number: 02989-070

**Charles Tamulevitz, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of **facts constituting a Special Condition** of the term of supervision.
[ ] was found in violation of condition(s) __ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | The defendant shall reside at the Coolidge House Comprehensive Sanction Center for a period not to exceed six months | March 30, 2005 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-4000

Defendant's Date of Birth: 1952

Defendant's Residence Address:
**Green Valley, AZ 85614**

Defendant's Mailing Address:
**Green Valley, AZ 85614**

**June 8, 2005**
Date of Imposition of Sentence

William G. Young
Signature of Judicial Officer

**WILLIAM G. YOUNG**
**Chief Judge, District of Massachusetts**
Name & Title of Judicial Officer

December 20, 2005
Date

# IMPRISONMENT

*The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and one day in both criminal matters, the terms to run concurrently.. .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

____________________________________________

____________________________________________

____________________________________________

Defendant delivered on____________________ to ______________________________

at ________________________, with a certified copy of this judgment.

__________________________
UNITED STATES MARSHAL

By __________________________
Deputy United States Marshal

CASE NUMBER: **1:99CR00024-01**
DEFENDANT: **ARTHUR D'AMARIO, III**



# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **13 months in both criminal matters, terms to be served concurrently.** .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)
[✓] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable)
[✓] The defendant shall cooperate with the collection of DNA as directed by the probation officer. (Check, if applicable)
[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)
[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**FOR OFFICIAL USE ONLY - US PROBATION OFFICE**

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or (3) modify the conditions of supervision.
These conditions have been read to me. I fully understand them and have been provided a copy.

(Signed)

Defendant | Date

US Probation Officer/Designated Witness | Date

# SPECIAL CONDITION(S) OF SUPERVISION

**In addition, the defendant shall comply with the following special condition(s):**

1.) The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office, and shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

2.) The defendant shall have no oral or written contact with any government officials or civil litigants without prior consent from the U.S. Probation Office and the Court.

3.) The defendant is prohibited from returning to Rhode Island during the period of supervised release without permission from the U.S. Probation Office and the Court.

4.) The defendant shall reside at the Coolidge House Comprehensive Sanction Center the first four months of his supervised release.

The defendant shall participate in and satisfactorily complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer.