UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v.

No. CR 99-024S
3-MC00051

ARTHUR D'AMARIO

MOTION TO MODIFY CONDITIONS OF
PRERELEASE AND SUPERVISED RELEASE

Pursuant to 18 U.S.C. § 3583(e)(2) and Rule 32.1(c)(2)(B), Defendant moves that the court (a) order the Probation Office to cease interfering with the Bureau of Prisons' plan to prerelease him under § 3624(c) in the district of Arizona; (b) assign a probation officer from the Newport or Boston office to supervise him; and (c) strike s.r. Special Conditions Nos. 1 & 4 from the Judgment entered June 10, 2005. For support, Defendant refers the court to his accompanying memorandum and exhibits.

DEFENDANT, pro se,

12-[illegible]

Arthur D'Amario III 029[illegible]070
U.S. Medical Center
PO Box 4000
Springfield, MO 65801-[illegible]

CERTIFICATION

I certify that on Dec. 16, 2005, I mailed copies of this Motion and Memorandum to Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903; and to Judge William G. Young, 1 Courthouse Way, Boston, MA 02210, by prepaid mail.

defendant, pro se

Jan 4, 2005
YOUNG D.J.
MOTION DENIED

William G. Young
U.S. District Judge