UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

NOTICE OF APPEAL

Notice is hereby served that Defendant hereby appeals the order of Jan. 4, 2006, denying his motion to modify supervised release conditions, to the First Circuit.

Defendant, pro se,

[signature] 1-9-06

Arthur D'Amario 02989070
US Medical Center
POB 4000
Springfield, MO 65801

CERTIFICATION

I certify that on Jan. 10, 2006, I mailed a copy to AUSA Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903.

[signature]
defendant