UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR A STAY

Defendant moves for a stay of the portion of the Jan. 4, 2006, order denying his motion to strike s.r. special conditions nos. 1 & 4, and for a stay of those conditions pending appeal of the Jan. 4 order.

Defendant asserts that the s.r. conditions are moot and obsolete and, absent a stay pending review, he will be forced on Feb. 10 to commit a Grade C infraction to get rid of the harassing conditions by maxing out his custody with one more month of incarceration.

Defendant, pro se,
1-9-06
Arthur D'Amario III

CERTIFICATION

I certify that on Jan. 10, 2006, I mailed a copy to Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903.

defendant