99-24 USDC/RI Judge Young

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-2726

UNITED STATES,

Appellee,

v.

ARTHUR D. D'AMARIO, III

Defendant - Appellant

**JUDGMENT**

**Entered: January 18, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Susan Pedrazzini
Deputy Clerk

Date: 1-18-06

[cc: Arthur D'Amario, III, Donald Lockhart, Esq., Adi Goldstein, Esq. and James H. Leavey, Esq.]