UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

05-1752
06-1143

January 18, 2006

RECEIVED
JAN 19 2006
U.S. Court of Appeals
By:

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Arthur D'Amario
CR99-24S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Order denying Motion to Stay (Doc #500)

501