DC# 99-24
J. Young

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 05-2429

ARTHUR D'AMARIO, III,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Before

Boudin, Chief Judge,
Torruella, and Howard, Circuit Judges.

JUDGMENT

Entered: February 13, 2006

The motion for leave to supplement the application is granted.

The application for leave to file, in the district court, a second or successive motion pursuant to 28 U.S.C. § 2255, even as supplemented, does not meet the relevant gatekeeping provision, see 28 U.S.C. § 2255 ¶8, and, therefore, the application is denied.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By [signature] Date: 2-13-06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[Cert. cc: Hon. William G. Young and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario and Lockhart]