UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

V. CASE NO. CR 99-024

ARTHUR D'AMARIO

DECLARATION OF TRAVIS GORBY

I, Travis Gorby, depose and say that:

1. I was a cellmate with Arthur D'Amario, the defendant, at the federal correctional institution (F.C.I.) McKean starting in June of 2002, and his closest friend until he left for community correction center (C.C.C.) placement on March 3, 2003.

2. Throughout that time frame, the defendant and I had many discussions of varied topics that included among them his future plans after his release. The defendant had told me on numerous occasions that Mr. Henry (our unit team case manager) was furloughing the defendant to a C.C.C. in Tucson, Arizona, only because his parents lived there and that he no longer had an address available to him in Rhode Island for a release address.

3. On occasions, I had waited outside the door of the center office of the unit where Mr. Henry's office is located while the defendant was having consultations with Mr. Henry. Immediately after those discussions with Mr. Henry the defendant would relay the details of those discussions with me. As a friend, I took interest in the defendants' future out of concern for his well being. The defendant did not want to go to Arizona for his release and this was his most voiced concern to me and another inmate, Ronald N. Totaro. The defendant told us that he had been stressing his desire to return to Rhode Island to Mr. Henry. The defendant further told us that Mr. Henry assured him that once he completed his C.C.C. placement in Arizona that he could have the U.S. Probation Officer transfer his three year term of supervised release to