UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

MOTION

Now comes Defendant to move for entry of an order compelling ex-counsel Ed Roy to transfer his complete file relating to this case to the defendant within twenty days including, but not limited to, the anonymous greeting cards, Roy's handwritten notes and those of his secretary.

For support, Defendant relies on his attached memorandum.

Defendant, pro se,

[signature] 3-23-06

Arthur D'Amario 02989070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

CERTIFICATION

I certify that on Mar. 24, 2006, I mailed a copy of this Motion & Memorandum to Ed Roy, 10 Weybosset St., Prov., RI 02903.

[signature]
defendant

May 3, 2006
YOUNG D.J.
MOTION DENIED, the Court having no jurisdiction over this non-party.

William G. Young
U.S. District Judge