99-00024
USDC RI
Judge Barbaro

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1752

UNITED STATES,

Appellee,

v.

ARTHUR D. D'AMARIO, III,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: June 7, 2006

We have reviewed the parties' briefs and the record on appeal. There was no abuse of discretion in denying the motion for contempt. Essentially for the reasons stated in the magistrate judge's Report and Recommendation, dated April 5, 2005, we affirm the district court order that entered May 13, 2005. We also reject appellant's contention that the district court judge should have recused himself prior to ruling on this motion.

The motion for leave to appeal in forma pauperis is denied.

The district order entered on May 13, 2005 is affirmed.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/29/06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Messrs: D'Amario, Lockhart, Leavey and Goldstein]