UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

MOTION FOR ORDER TO TEST DNA EVIDENCE

Pursuant to 18 U.S.C. § 3600(a), Defendant requests entry of an order that a qualified independent lab as defined in § 3600(c)(2) perform DNA testing on specific evidence to identify the actual author of the anonymous letters quoted in the Feb. 8, 1999, search-warrant application, to establish his innocence of all state and federal charges applied in 1998 and 1999. Defendant asks the court to order testing of the DNA,

(1) On the greeting card and envelope placed in Debra Sellers' mailbox at Halloween 1998;

(2) On the greeting card and envelope mailed to Debra Sellers from Rhode Island in January 1999; and

(3) On the probation-revocation summons and envelope mailed to Defendant by Lt. George Bussiere of Attleboro Police Dept. on or about Jan. 16, 1999.

In support thereof, Defendant relies on his accompanying memorandum and declaration.

DEFENDANT, pro se,
[signature] 4-3-06
Arthur D'Amario 02989-070
Federal Detention Center
POB 562
Philadelphia, PA 19105

cc:
AUSA Adi Goldstein
50 Kennedy Plaza
Providence, RI 02903

April 3, 2006

July 14, 2006
YOUNG D.J.
MOTION DENIED

William G. Young
U.S. District Judge