UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

## MOTION TO DISQUALIFY THE U.S. ATTORNEY

Defendant moves for entry of an order disqualifying the U.S. Attorney for the district of Rhode Island from continuing to participate in the above-captioned cause and connected post-judgment matters it has spawned, for reasons expressed in his accompanying memorandum of law.

Defendant, pro se,

[signature] 4-3-..

Arthur D'Amario 02989070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

## CERTIFICATION

I certify that on April 4, 2006, I mailed copies of this Motion & Memorandum to AUSA Adi Goldstein, 50 Kennedy Plaza, Providence, RI 02903.

[signature]
defendant

July 14, 2006
YOUNG D.J.
MOTION DENIED

William G. Young
U.S. District Judge