UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024S

ARTHUR D'AMARIO

MOTION FOR NEW TRIAL

Pursuant to Rule 33(b)(1), Defendant moves for a new trial of his Sept. 30, 2003, supervised release revocation based on newly discovered evidence. In support thereof, Defendant relies on his attached memorandum and Declaration of witness Travis Gorby.

DEFENDANT, pro se,
[signature] 4-18-06

Arthur D'Amario 02989070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

CERTIFICATION

I certify that on April 18, 2006, I mailed copies of this Motion & Memorandum to AUSA Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903.

[signature]
defendant, pro se

**Young, DJ**
**MOTION DENIED**
**By the Court**

[signature]
**Deputy Clerk**