UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

NOTICE OF APPEAL

Notice is hereby served that Defendant hereby appeals to the First Circuit the order entered on or about July 14, 2006, denying his motion under 18 USC § 3600(a).

Defendant, pro se,

Arthur D'Amario III
#02989-070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

I declare under penalty of perjury that this Notice was placed in a prison mailbox with 39¢ postage on July 25, 2006.

Executed on: July 25, 2006