UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

USA

v. No. CR 99-024

ARTHUR D'AMARIO

AMENDED NOTICE OF APPEAL

Notice is hereby served that Defendant hereby appeals to the First Circuit from the orders entered by Judge Young on July 18, 2006, denying his motions for DNA testing and to disqualify the U.S. Attorney.

Defendant, pro se,

Arthur D'Amario 02989070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

Pursuant to FRAP 4(c)(1), I declare under penalty of perjury that this document was placed in a prison mailbox with 39¢ postage on July 27, 2006.

Executed on: July 27, 2006