UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024

ARTHUR D'AMARIO

NOTICE OF APPEAL

Notice is hereby served that Defendant hereby appeals to the First Circuit the order entered July 25, 2006, denying his Rule 33 motion for a new trial.

Defendant, pro se,

7-31-06

Arthur D'Amario 02989070
Federal Detention Center
POB 562
Philadelphia, PA 19105