J. Young
CR: 99-24

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

Nos. 06-2204, 06-2219

IN RE: ARTHUR D'AMARIO, III,

Petitioner.

JUDGMENT

Entered: October 6, 2006
Pursuant to 1st Cir. R. 27(d)

Construing petitioner's letter dated October 2, 2006 as a motion for voluntary dismissal, it is hereby ordered that these cases be voluntarily dismissed.

By the Court:

Richard Cushing Donovan, Clerk

JULIE GREGG

By: ______________________
Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 10-6-06

[Cert. cc: Hon. William G. Young and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario, Roy and Lockhart]