CR: 99-24
J. Young

MANDATE

Paper Returned
per 06-2150

# United States Court of Appeals
## For the First Circuit

---

No. 06-1143

UNITED STATES,

Appellee,

v.

ARTHUR D. D'AMARIO, III,

Defendant, Appellant.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: October 31, 2006

The motion for leave to appeal in forma pauperis is denied.

The motion to remand is denied.

In light of appellant's current incarceration, this appeal is dismissed as moot. See Loc. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: ______________________
Operations Manager.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Linda Barry
Deputy Clerk

Date: NOV 21 2006

[cc: Messrs: D'Amario, Lockhart, Leavey and Ms. Goldstein]