UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. No. CR 99-024S

ARTHUR D'AMARIO

MOTION

Now comes Defendant to move for entry of an order directing the US Probation Office to disclose to him any and all records, documents, notes, memos, etc., relating to a report made by CUSPO Weiner and USPO Fletcher to the Social Security Administration in March 2005 that Defendant had been returned to prison in January 2005.

Defendant states that in mid-March '05, while he was serving supervised release in Arizona, and at least two weeks prior to his 3/31/05 arrest, US Probation made a false report to SSA that he'd been incarcerated in Jan. '05, causing the premature termination of his Medicare and SSDI, and costing him the loss of about $10,700.

Defendant asserts that in early March '05, USPO Palmer (D.Az.) told Weiner that Defendant was saving his SSDI income to finance the shipment of his car from AZ to RI in April 2005, which motivated Probation's conduct. Defendant further asserts that a BOP case manager has informed him that the false report to SSA was made by Probation, not BOP.

The SSA will not divulge any records or information. USPO Palmer will not respond to questions from Defendant, nor will either office provide any records to him voluntarily.

Defendant, pro se,

[signature] 2-23-07
Arthur D'Amario 02989-070
FDC Philadelphia

March 14, 2007
YOUNG D.J.
MOTION DENIED. This criminal case is not the vehicle for such discovery.
William G. Young
U.S. District Judge

523