CA 99-24

J-Young

CERTIFIED COPY

# United States Court of Appeals

## For the First Circuit

---

No. 07-1093

IN RE: ARTHUR D'AMARIO, III,

Petitioner.

---

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: June 11, 2007

The request for leave to proceed in forma pauperis is denied.

To the extent that petitioner's suggestion of recusal referenced in his memorandum constitutes a request for recusal, that request is denied.

The petition for writ of mandamus is denied.

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: ____________________
Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 6/11/07

[Cert. cc: Hon. William G. Young and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario, Lockhart, Roy, Leavey and Ms. Goldstein]