UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

USA

V. No. CR 99-024

Arthur D'Amario

MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Pursuant to FRAP 24(a)(3), Defendant moves for an order authorizing him to appeal the July 3, 2007, order denying his Rule 17(g) motion in forma pauperis. Defendant asks the court to take notice that he has been granted prior approval to appeal IFP by the First and Third Circuits (see attachments).

If the motion is granted, on review Defendant will argue that he made a prima facie showing that police flouted Judge DiClerico's subpoena, and that Judge Young abused his discretion in not holding an evidentiary hearing. See, e.g., Owens v. U.S., 483 F.3d 48, 60 (1st Cir. 2007) (reversing dismissal of § 2255 petition where fact-dependent claim was not implausible and warranted an evidentiary hearing).

Defendant, pro se,

[signature] 7/9/07

Arthur D'Amario III