**FPS - 242** **DATE: February 28, 2007**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 07-1267**

D'Amario v. USA
(D.C. No. 04-cv-2221)

To: Clerk

1)Application to Proceed <u>In Forma Pauperis</u>

---

The foregoing Motion is granted. This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: March 1, 2007
CRG/cmh/cc: AD, GSL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III, | : | |
| Petitioner, | : | Civil No. 07-1313 (RBK) |
| v. | : | **ORDER** |
| USA, | : | |
| Respondent. | : | |

Petitioner Arthur D'Amario, III, has presented for filing a Petition for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651 and an Application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

Based upon Petitioner's affidavit of indigence,

IT IS on this 16th day of April, 2007,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a)(1).

S/Robert B. Kugler
Robert B. Kugler
United States District Judge

**Orders on Motions**

1:07-cv-00130 D'Amario v. United States of America **CASE CLOSED on 04/20/2007**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 6/5/2007 at 1:20 PM EDT and filed on 6/5/2007

**Case Name:** D'Amario v. United States of America
**Case Number:** 1:07-cv-130
**Filer:**
**WARNING: CASE CLOSED on 04/20/2007**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [8] Motion for Leave to Appeal in forma pauperis. So Ordered by Judge William Young on 06/5/2007. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**1:07-cv-130 Notice will be electronically mailed to:**

**1:07-cv-130 Notice will be delivered by other means to:**

Arthur D'Amario, 3rd
Federal Detention Center
POB 562
Philadelphia, PA 19105