UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

USA

v. No. CR 99-024

ARTHUR D'AMARIO

NOTICE OF APPEAL

Notice is served that defendant appeals the order entered July 3, 2007, by Judge Young, denying his renewed motion to adjudge in contempt, to the First Circuit.

Defendant, pro se,
[signature] 7/9/07
Arthur D'Amario III
#02989-070
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123