UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 18, 2007

07-2102

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

U.S. COURT OF APPEALS
RECEIVED
JUL 23 2007
FOR THE FIRST CIRCUIT

RE: USA v Arthur D'Amario
CR-99-24S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

ENC: NOA (Interlocutory)#530, Certified Docket, Document #526(Contempt Motion),

Text Order Denying #526, Document #529(IFP Motion), Text Order granting # 529