CA: 99-24
J. Young
Papers
Returned
for 06-2150

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2102

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

JUDGMENT

Entered: December 19, 2007

The motion to remand is denied. The motion to disqualify the appellee is denied.

The order of the district court entered on July 3, 2007, denying appellant's "renewed motion to adjudge in contempt" is summarily affirmed. Loc. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JAN 09 2008

[cc: Mr. D'Amario and Mr. Lockhart]