CR: 99-24
J. Young
Paper to follow

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-2150

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

---

Before

Torruella, Lynch and Lipez,
Circuit Judges.

---

JUDGMENT

Entered: April 3, 2007

We have reviewed the record below and the parties' briefs.

The order of the district court denying the "motion for an order to test DNA evidence" entered on July 19, 2006 and the order of the district court denying the "motion to disqualify the U.S. Attorney" entered on July 20, 2006 are affirmed. Loc. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** MAR 27 2008

[cc: Messrs: D'Amario and Lockhart]