MANDATE

CR:99-24
J-Young
Papers to
Yellow

# United States Court of Appeals
## For the First Circuit

---

No. 06-2170

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

---

Before

Torruella, Lynch and Lipez,
Circuit Judges.

---

JUDGMENT

Entered: April 3, 2007

We have reviewed the record below and the parties' briefs.

The July 25, 2006 order of the district court denying the motion for new trial is affirmed. Loc. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAR 27 2008

[cc: Messrs: D'Amario and Lockhart]