EX. 1

Jones Associates △ Attorneys at Law

72 South Main Street
Providence, RI 02903
Telephone 401 274-4446
Fax 401 274-2805

Lauren E. Jones

Robert S. Thurston
David L. Krech
Mark L. LaBollita

December 4, 2007

**Arthur D'Amario 02989-070**
FCI Englewood
9595 West Quincy Avenue
Littleton CO 80123

Dear Arthur:

I received your letter of September 4, 2007. I apologize that it has taken me so long to respond.

On August 30, 1995, is a long time ago. There is no doubt, however, that I recall hearing John Barrette say, either to the judges or generally, that he thought you were there to testify against a judge. I do not recall the specific words that he said and I cannot confirm the quotation in your letter, a copy of which I am enclosing.

Unfortunately, I also cannot confirm that Judge DeRobbio was present in the crowd that night. I just do not remember at this point. However, the records at the Judicial Nominating Commission would show whether DeRobbio testified that night and I guarantee you that, if he was there, he testified.

With respect to your other question, a lawyer skilled in the Fourth Amendment who might take on your case and file a petition, I am afraid I do not have much I can give you there. The criminal lawyers I know are all in Providence and you know them as well as I do. My best suggestion to you would be to find someone in Boston or the Massachusetts area who would be willing to take on your case. Obviously, another angle would be the Innocence Project at Roger Williams University and the Innocence Project run by Barry Scheck in New Jersey.

Sorry I cannot be more helpful.

Very truly yours,

Lauren E. Jones
*ljones@appeallaw.com*

LEJ/smc
Enclosure