EX 2

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

February 27, 2008

Mr. Arthur D'Amario
Federal Correctional Institution
9595 W. Quincy Avenue
Littleton, CO 80123

**Re: D'Amario v. Judicial Nominating Commission**

Dear Mr. D'Amario:

I am writing in regards to the Access to Public Records Act [APRA] complaint you filed against the Judicial Nominating Commission [Commission]. Since your APRA complaint was filed, it appears that the Commission has responded to your original records request. If you do not wish to withdraw this APRA complaint, please notify the undersigned within thirty (30) days. If we do not hear from you by the end of March, 2008 your file will be closed. Moreover, if you believe the response from the Commission is not responsive, kindly state the reason(s) why the response is incomplete.

If you have any questions, please feel free to contact me. Thank you for your cooperation.

Very truly yours,

James Lee
Assistant Attorney General

JL/pl