EX 3

# JUDICIAL NOMINATING COMMISSION

## MEETING OF COMMISSIONERS

## PUBLIC SESSION

## August 30, 1995

A meeting of the Judicial Nominating Commission was held on Wednesday, August 30, 1995, in Public Session, at 4:00 p.m., at the Department of Administration, One Capitol Hill, Second Floor, Conference Room #A, Providence, Rhode Island, pursuant to notice of the meeting to all Commissioners and public notice of the meeting as required by Section 45-46-6 of the Rhode Island General Laws.

The following Commissioners, constituting a quorum, were present and participated throughout the meeting as indicated: Michael Kelly, Dr. Pablo Rodriguez, Lise Gescheidt, George Hartmann, Sharon Burgess, Peter McGinn, William Devereaux, Alan Flink, and David Campbell.

Absent: None

Also present: Kathleen Sousa, Legal Assistant.

Mr. Kelly presided over the meeting and Ms. Sousa acted as recording secretary.

1. <u>CHAIRMAN'S REPORT.</u>

Mr. Kelly called the public meeting to order noting that following the Governor's issuance of a Notice of Vacancy on the Supreme Court, an advertisement was published in 11 newspapers throughout the State, including those focusing upon minority comunities, encouraging applicants to fill the judicial vacancy. In addition, correspondence was also forwarded to the Black Lawyers' Association, the RI Womans' Bar Association, and the Minority Judicial Task Force seeking additional applicants. Following review of questionnaires and supporting materials submitted by 29 applicants, 13 applicants were selected to be interviewed. Each were interviewed in a public meeting by the entire Commission. Written public comment was encouraged relative to the applicants under consideration and many letters were received and reviewed by the Commissioners. The applicants under consideration today are: Margaret Curran, William Dimitri, Jr., Robert G. Flanders, Jr., Barbara Hurst, Judge Richard Israel, Lauren E. Jones, Peter Lawson Kennedy, Magistrate Robert Lovegreen, John A. MacFadyen, Judge Mark Pfeiffer, William Robinson, Everett C. Sammartino, Kent A. Willever. It was requested that comments be brief and restricted to the qualifications of the candidates.

Following public comment, the Commission will adjourn to executive session under the Open Meetings Law and deliberate relative to the applicants. If time permits, the Commission will then reconvene in public session for a vote.

2. PUBLIC COMMENT RELATIVE TO JUDICIAL APPLICANTS

1. Mark DiSisto - addressed the Commission on behalf of Lauren Jones stating that it is difficult in a few minutes to impress upon the Commission his strong belief that Lauren Jones should be one of those nominated to the Governor. He further indicated that he had looked to the statute for qualifications to be sought in the nominees, and feels that the Commission has much of that information regarding the candidates already. Temperament, impartiality and intellect are qualities that the Commission could use some assistance in assessing. In his opinion, Lauren Jones is judge-like. He has known him for a long time, has tried cases with him, and has found him to be very impartial. Mr.DiSisto stated a high regard for Mr. Jones' intellect and his ability to get to the heart of a matter and simplify it. He further stated a need on the court for someone who comes directly from the Bar. In his opinion, Lauren Jones fits the bill as an attorney who practices appellate law.

2. Judge Anthony Gianninni - addressed the Commission on behalf of Judge Israel and Judge Pfeiffer of the Superior Court. These judges deal with individuals who will be involved in judicial review and in fashioning opinions exercising their jurisdictions regarding appellate review. Judge Giannini recounted the appointment of Supreme Court judges from 1935 by the Grand Committee to the present. Of the 31 supreme court judges nomnated since 1935; 13 were trial judges; 10 of them superior court trial judges. In his opinion, trial judges bring to the appellate process a sense of humanity needed in the fashioning of the law. All were qualified, some more than others, but all who came from trial courts brought the same kind of personality in recognizing that those before them are human beings. He urged the Commission to maintain a tradition in existence for over 60 years, nominating superior court judges and leaving the final decision to Governor Almond.

3. Judge Alice Gibney - addressed the Commission on behalf of Judge Mark Pfeiffer, a colleague and friend. Judge Pfeiffer has served upon the superior court for 7 years, managing the trial calendar for 2.5 years. He has rendered an exemplary performance in fullfilling that assignment due to his energy, pragmatism, congenial manner, and his graciousness to members of the bar and to the public. He is noted for being respectful to all people and is respected in return; noted for sensitivity, compassion; and his belief that the process is as important as the outcome. He is intelligent and, by temperament, an excellent judge and would be an asset to the supreme court.

4. Judge Joseph Rogers - addressed the Commission on behalf of Judge Israel and Judge Pfeiffer with whom he works. Judge Rogers submitted a letter to Commission and asked that it be made a part of their records. As the Presiding Judge for over 4 years, he attributes the court's good reputation largely to Judges Israel and Pfeiffer. Although some members of the bar indicated that they would hate to loss either judge from the superior court, he believes that both deserve an opportunity to be considered by the Governor. He further indicated that both are hard working, intelligent, and fair minded. Judge Israel has written 200-250 decisions in the last year alone and has experience in appellate review. He stated that both are independent minded and not reluctant to express opinions without being disagreeable.

5. Peter DiBiase - addressed the Commission on behalf of Terry MacFadyen indicating that he had appeared before Commission several months ago and spoke extensively. He has known Mr. MacFadyen for 20 years and has seen him develop into one of the finest appellant attorneys. In his opinion, Mr. MacFadyen has outstanding intelligence, is ideally suited for the supreme court, and is an honorable, decent, and compassionate man possessing appropriate moral character and disposition to make him an ideal jurist. Mr. DiBiase further stated that his personal life is very stable and devoted to his wife and 3 children. In his opinion, the Commission could find no more stable lawyer to include in its list to the Governor and the Governor should have opportunity to have this truly unique, talented lawyer on the list to choose from.

6. Judge DeRobbio - addressed the Commission on behalf of William Dimitri and Judge Israel stating that he had sent letters to Commission on behalf of both and wished to incorporate them into his remarks for the Commissioners review during deliberations. Judge DeRobbio's career has paralelled both having known Judge Israel for 45 years through high school, the attorney general's office, and on the bench. Mr. Dimitri served as a clerk in Judge DeRobbio's law office and they served together as assistant attorneys general. He stated that both possess attributes necessary to be recommended to the Governor for final selection. He also indicated that both are knowlegeable in the law, treat people with fairness and honesty, have great integrity, and most important, are trustworthy and fair.

7. Norman D'Andrea - addressed the Commission on behalf of Bill Dimitri, Lauren Jones, Everett Sammartino having had professional contact with all three during his more than 40 years of practice. He indicated that they stand out above the ordinary lawyer and are complete professionals. All three are qualified and will add to the power of the court. They understand litigation and are not settlement lawyers or house counsel, they are litigators in some of the most difficult cases imaginable.

8. John Tramonti - addressed the Commission on behalf of William Dimitri, Jr. having tried cases with him and spending as many as 2 months on same trial. He knows Mr. Dimitri as a man whose word is his bond. He is a workaholic with even temperament, "Mr.Cool", and low key. He urged Mr. Dimitri's nomination to the Governor.

9. Steven Famiglietti - addressed the Commission on behalf of John MacFadyen indicating that he had spoken on his behalf a couple of months ago. He has known Mr. MacFadyen for 20 years referring to him as a lawyer's lawyer with incredible work ethic and dedication to his clients. Mr. Famiglietti stated that he has never known anyone in the legal profession with more integrity and a sense for what is fair and just. He has a respect for the law and is extremely well-read being known as a constitutional scholar making his mark as an appellate attormey who has shaped the law. Mr. MacFadyen has had the honor of successfully arguing a case before the US Supreme Court. He has been invited to participate as a member of the American Academy of Appellate Lawyers, a distinguished organization limited to 500 members which certifies him as one of the top appellate lawyers in the U.S.

10. Allan Gelfuso - addressed the Commission on behalf of Bill Dimitri having met him the day he was sworn in as a member of the bar 27 years ago. He recounted how Mr. Dimitri took him by the hand and assisted him and that their paths have crossed frequently throughout the years. He knows Mr. Dimitri to be bright and hardworking and he will always remember how he took the time to treat a young lawyer out of school.

11. Thomas Wright - addressed the Commission on behalf of Judge Richard Israel, his mentor when he first started practicing law. He stated that Judge Israel had prosecuted high profile cases in the l970s and served with him as an attorney general. Judge Israel has added an important element to academia teaching at Roger Williams University for over 10 years with students remembering his classes and his willingness to share his knowledge with students.

12. Frank Williams - addressed the Commission on behalf of William Dimitri and Judge Pfeiffer indicating that he had met Mr. Dimitri when he clerked for the Attorney General and has worked with him on cases coming to know his strengths. Judge Pfeiffer and Mr. Williams practiced together and Judge Pfeiffer had previously represented him. Mr. Williams stated that he can attest to strength and resilience of both and that both are "gentle" combined with an iron strength, a toughness so that difficult decisions can be made and stood by.

13. Christopher Goncalves - addressed the Commission on behalf of Judge Israel with whom he has been acquainted for 18 years. They met when Goncalves was a Special Assistant Attorney General in Newport County praticing before Judge Israel. He stated that Judge Israel is well known in Newport County as the fairest, most open minded jurist they have had in that County and that he goes out of his way to give everyone a fair trial.

14. Barbara Cohen - addressed the Commission on behalf of Judge Israel whom she has known for 13 years. Ms.Cohen met him right out of law school working with him when he was a partner in a Providence law firm and continued to do so until his appointment to the bench. She indicated that Judge Israel set and met high standards, is a daily example of integrity, honesty, and has respect for the rights and opinions of others. She considers it a privilege to have been trained by a lawyer of his caliber. He has experience and superior intelligence and ability which personal traits have made him an exceptional attorney and judge. He has continued to display those characteristics as a loving and supportive father, husband, and grandfather.

15. Joseph J. Buono - addressed the Commission on behalf of Peter Lawson Kennedy who has represented his firm for over 20 years. He stated that Mr. Kennedy's representation has been beyond reproach and excellent. In his business dealings throughout the country, Mr. Kennedy has represented him at the highest professional level.

16. Eugene Mollicone - addressed the Commission on behalf of William Dimitri having known him since l981 through Southern New England School of Law where he stressed committement to the profession of law. As a lawyer in Mr. Dimitri's firm he vouches for his boundless energy with every client receiving his unyielding attention at all times.

17. Anthony Philips - addressed the Commission on behalf of William Dimitri as a retired police officer knowing Mr. Dimitri for over 25 years. During that time, he had several cases with him while a police officer and Mr. Dimitri an assistant attorney general. He was also his instructor at Roger Williams College where he was known for his integrity and knowledge of the law making him a very suitable candidate.

18. Ronald Fishbein - addressed the Commission on behalf of Lauren Jones having known him since l980. Mr. Jones handles his more substantial appellate cases and is known for his love of the law. He stated that he would be an unquestioned asset to the court. Although he would lose a valuable resource, he urged the Commission to nominate Lauren Jones.

19. Edward Mulligan - addressed the Commission on behalf of William Dimitri having known him for 30 years. As a young lawyer, Mr. Mulligan watched him try cases and later worked with him in the attorney general's department where they handled civil case. Mr. Mulligan indicated that he is amazed with his mind, and his ability to know the law and a myriad of aspects of it. Mr. Dimitri works very hard handling a number of cases on the appellate level. He stated that he has an ability to empathize and listen to clients and truly understands what they are going through. These attributes he would bring with him to the Court and he would be an excellent candidate.

20. Richard Casparian - addressed the Commission on behalf of Barbara Hurst whom he has known for over 20 years. John MacFadyen and Barbara Hurst led the Public Defender's Appellate Division and Casparian worked with them for 19 years. Ms. Hurst has been head of division since 1981. She participates in continuing education, is a hard worker and dedicated public servant. He further indicated that she is an advocate for the poor and a legal scholar par excellence. Mr. Casparian describes Ms. Hurst as a public servant in the truest sense of the word.

21. Timothy Mueller - addressed the Commission on behalf of Judge Israel as a physician/psychiatrist on the faculty at Brown University. He knows Judge Israel for his honesty, integrity, and his ability to make a determination based on no preconceived ideas. He has known him and his wife for 5 years and stated that Judge Israel is even-handed and has an inquiring mind, continually reading, expanding his knowledge.

22. Joseph DeCorporale - addressed the Commission on behalf of William Dimitri whom he met 26 years ago when Mr. Dimitri was a prosecutor. He has defended cases with him, shared law office space with him, and noted that most cases Dimitri has worked on were of a high profile, whether prosecutor or defense lawyer. He stated that Mr. Dimitri's brilliance as a trial lawyer is legendary and stands out above the rest.

23. Lowell Smith - addressed the Commission on behalf of Peter Lawson Kennedy. Mr. Smith is a client of Mr. Kennedy's and is President of Nichols College, a former V.P. of academic affairs, a retired navy captain, and serves in the naval reserve. Mr. Smith noted that as a college president he has been exposed to more law then he had anticipated and that Mr. Kennedy represents the finest traditions of the law as a distinguished legal scholar. He knows him to be an effective, persuasive person who has advised him as to all issues that may arise. He has deep personal integrity and a sense of ethics which rivals those taught at Loyola by the Jesuits; a deep and abiding respect for the law.

24. Dianne Izzo - addressed the Commission on behalf of Lauren Jones as a 3rd year law student at Roger Williams University. She finds him to be kind and compassionate to students, ethical, and a believer in the law. The fact that he reached out to the University reflects a sense of compassion and a belief in the future of the law.

25. Thomas Harrington - addressed the Commission on behalf of Peter Lawson Kennedy. Mr. Harrington is a former Director of the Department of Motor Vehicles and a retired police officer. He worked closely with Mr. Kennedy when Kennedy was a town solicitor finding him extremely bright, honest, and professional and is proud to be his friend. In Mr. Harrington's 39 years as public servant, few have made the impression that Mr. Kennedy has and he strongly recommends his nomination to the Governor.

26. Sheldon Whitehouse - addressed the Commission on behalf of Margaret Curran as United States Attorney speaking on behalf of her demeanor, skill, and reputation noting that a thorough F.B.I. background check is performed on all U.S. attorneys. He has found her to be decent, thoughtful, quiet, good humored, and respected. In many respects, she is considered the intellectual leader of the office. The American Law Institute has invited Ms. Curran to join its select organization recognizing her appellate talents.

27. Judge Thomas Needham - addressed the Commission on behalf of Judge Israel and Judge Pfeiffer, the only 2 judges interviewed. Judge Needham, as senior judge on the trial court (22 years), has known both to have the same qualifications of honestly and integrity and to be students of the law. He noted that issues which ultimately reach supreme court for resolution are first addressed by trial judges without benefit of extensive briefs and the time required to make the hard decisons. Both have been doing that for years and most appellante reviews sustain the decision of trial judge.

28. Thomas Rogers - addressed the Commission on behalf of Peter Lawson Kennedy indicating that he met Mr. Kennedy when Kennedy was representing an adverse party. He was so impressed with that representation that he hired Mr. Kennedy as his attorney. Mr. Rogers stated that Mr. Kennedy has consistently represented him with concern and intelligence, that he is bright, works hard, and that he has a high code of ethics. Mr. Rogers urged Kennedy's nomination to the Supreme Court.

29. A. DeMario - addressed the Commission as a pro-se litigant who, in 1986, sought to hire Attorney Lauren Jones to handle an appeal of a civil rights case for him when his attorney was disbarred. He indicated that the retainer requested by Mr. Jones was far less than that of other appellate attorneys he spoke with, but that Mr. Jones had a conflict and could not handle his appeal. In order to insure that a timely appeal was filed, however, Mr. Jones personally typed a Notice of Appeal for Mr. DeMario and explained to him how to execute and file the same. Mr. DeMario urged the Commission to include Mr. Jones on the list of those nominated to the Governor.

30. Matthew Cimini - addressed the Commission on behalf of Mr. Dimitri, his neighbor for 20 years. Mr. Cimini indicated that he has watched Mr. Dimitri's family grow and that this fine man should be nominated to the Supreme Court.

31. Deborah Murphy - addressed the Commission on behalf of Mr. Dimitri noting that Mr. Dimitri worked several jobs throughout his school years and that he is dedicated to the law. She noted that he took a small law practice and has turned it into a great legal service. She further stated that Mr. Dimitri is within the top 100 criminal defense lawyers in the country and that he has attained that recognition through hard work and a love of the law.

32. Peter Murphy - addressed the Commission on behalf of Bill Dimitri noting that he has always been there for community and friends. Mr. Murphy praised Mr. Dimitri's role in the establishment of the Southern New England School of Law of which Murphy's wife (the previous speaker) is a graduate.

33. Francis Larkin - addressed the Commission on behalf of Mr. Dimitri indicating that he had previously submitted a letter urging Mr. Dimitri's nomination and requesting that it be considered for this vacancy. Mr. Larkin stated that a student had asked Mr. Dimitri what the law means to which he replied that it is a rare opportunity to do justice; that it is loyalty, civility, and a sensitivity to all human conditions.

34. Reverend Gordon - addressed the Commission addressed the Commission on behalf of Courtwatchers urging nomination of outsiders rather than judges currently sitting. Courtwatchers would like to see Captain Willever and/or William Dimitri nominated to fill the Supreme Court vacancy.

35. Dr. Cok - addressed the Commission on behalf of Kent Willever, a man who is a teacher of constitutional law and ethics, indicating that he will do a good job as an outsider with no political connections. She also indicated that she is impressed with William Dimitri seeing him as a humble, well-educated person. Dr.Cok also stated that she was impressed with Margaret Curran.

36. Charles Butterfield - addressed the Commission on behalf of William Dimitri noting that Dimitri was on the last list submitted to the Governor. He finds Dimitri as eminently qualified and a "people person". He stated that Dimitri is a grass roots person with a great deal of respect for individuals as demonstrated throughout his practice. He holds the dignity of

persons in high regard and has practiced in the trenches as a trial lawyer. Dimitri knows and understands people bringing back humanistic elements to the law. In his opinion, that respect for people would be exhibited in his decisions. He further stated that what we need today are people on the supreme court that the general people can relate to, who are qualified and have the respect of people.

37. Arthur Robbins - addressed the Commission on behalf of Judge Israel having known him for 55 years since growing up in Woonsocket. Mr. Robbins is involved in the development of the Newport and Providence Marriotts and involved in many civic organizations. He stated that Judge Israel walks with a soft stick and has a great love of education and feeling for people, along with great warmth and an understanding between right and wrong. He knows him as a great scholar, educator, and listener who would serve with dignity and class.

38. Stanley Woodhouse - addressed the Commission on behalf of Kent Willever noting that in the U.S. Navy, Captain Willever has been evaluated by his superiors annually for at least 30 years. He stated that Mr. Willever has a wealth of experience in every aspect of the law and that he has worked with him in sensitive, crisis situations. He further stated that Willever helped to write Navy standards and then worked to see that those standards were upheld. He finds Willever one of the most thoughtful, contemplative individuals he has ever worked with recommending him without reservation. Mr. Willever's wife is from Rhode Island and daughter a graduate of Brown University.

39. Hardu Keck - addressed the Commission on behalf of Peter Lawson Kennedy a friend for 12 years. Mr. Keck knows him as having impecable integrity as a human being, a keen intellect, and a man dedicated to the values of the common person.

40. Peter Turcotte - addressed the Commission on behalf of Judge Israel noting that in his 22 years with the court system, he has seen very few judges stand out to translate law into effective justice. He further stated that experience is crucial to attorneys and to judges and that as a judge, Israel's decisions have always had balance. He indicated that it is refreshng to work with a judge like Judge Israel.

41. Lawrence Sullivan - addressed the Commission on behalf of Kent Willever whom he considers an outstanding candidate. Mr. Willever was one of his students in the Master's Program at Salve Regina College where he found him to be diligent in his studies and in the research of his thesis. He noted that Mr. Williver would bring a needed diversity to the Court.

42. Amy Adler Custas - addressed the Commission on behalf of Lauren Jones noting that she appeared before the Commission in April and submitted a letter on behalf of her attorney, Lauren Jones. She requested that that letter be considered by the Commission in its deliberations to fill the Supreme Court vacancy.

43. Francis Pescosolito - addressed the Commission on behalf of Judge Israel noting that the Judge is well known and respected throughout the mental health community. On behalf of children, those most vulnerable to crime, he urged nomination of Judge Israel whose decisions are consistently well regarded and well respected.

44. David Cicillini - addressed the Commission on behalf of Judge Israel noting that on more occasions than not he is the loser in Judge Israel's courtroom. He indicated that he never thought that Judge Israel had not considered his arguments and studied his briefs and that he is aways certain he is listening and considering his arguments. He further stated that Judge Israel is not reluctant to tackle new legal issues and that he has integrity, is conscientious, fair, and respectful to litigants. Mr. Cicillini noted that the Court needs a member willing to take on new issues and that the decision as to whether trial judge should be elevated should be made by Governor.

45. Joseph Salvatore - addressed the Commission on behalf of William Dimitri whom he has known since 1988. He stated that Mr. Dimitri is a mentor whom he greatly respects for his guidance. He further stated that Mr. Dimitri has given him good direction and that he would serve with distinction bringing additional depth and integrity to the Court.

46. Leslie Lopes (Minority Judicial Taskforce) - addressed the Commission on behalf of applicants Israel, Jones, Lovegreen, Dimitri, and MacFadyen. The Taskforce recommends Lauren Jones although Ms. Lopes did not attend the interviews of 6 of the prospective nominees noting that none of those under consideration are minority candidates. She thanked the Commission for extending the deadline to encourage more minority applicants. Ms. Lopes did not attend the interviews of applicants Flanders, Curran, Pfeiffer, Robinson, and Hurst.

47. Anthony Jackvony - addressed the Commission on behalf of William Dimitri whom he has known his entire life and considers part of his family. Both practice law together and have been associates since 1980. He stated that Mr. Dimitri understands law and is qualified; possessing the qualities of honesty, integrity, and will uphold the law as a defender of the constitution.

48. Michael McElroy - addressed the Commission on behalf of Lauren Jones whom he has known for 14 years as a co-counsel and as a friend. He noted that Mr. Jones is a unique candidate who is fluent in Spanish. He knows Mr. Jones to be hard-working and knowledgeable with a unique legal mind and as an appellate specialist at 43 years of age.

3. PUBLIC VOTE FILLING JUDICIAL VACANCY.

Mr. Kelly addressed the public relative to the voting procedure adopted by the Commission and filed with the Secretary of State. During deliberations, the Commission considered the materials submitted by each applicant under consideration, input from the public, reports of the Attorney General, the State Police, the Supreme Court Disciplinary Board, and the Rhode Island Ethics Commission.

The results of the public vote are attached as Exhibit A with the nominees to be submitted to the Governor to fill the vacancy in the position of Associate Justice of the Rhode Island Supreme Court are: WILLIAM DIMITRI, JR., LAUREN E. JONES, JOHN A. MAC FADYEN, JUDGE MARK A. PFEIFFER, AND KENT A WILLEVER.

During the public vote, the following recusals were noted: Mr. Kelly and Ms. Gescheidt recused themselves from participating in the vote relative to Judge Israel with Mr. Kelly noting that he has a pending case before him and a prior Ethics Commission complaint lodged against him relative to Judge Israel filed during the last vacancy. Ms. Gescheidt also has a case pending before Judge Israel. Mr. Kelly recused himself from participating in the vote relative to Peter Lawson Kennedy noting a prior business relationship. Ms. Gescheidt recused herself from partcipating in the vote relative to Judge Pfeiffer citing a pending sentencing before him. Mr. Flink recused himself from participating in the vote relative to William Robinson noting that he is a law firm partner of Mr. Robinson and that he would abide by an Ethics Commission ruling prohibiting his voting on this nomination. Mr. Flink further indicated that he would exercise a total of 4 votes during the voting procedure.

Mr. Kelly thanked the Commission members for their attendance and cooperation during the screening process and the public for submitting written and oral comments relative to the applicants under consideration to fill this judicial vacancy.

There being no further business during Public Session, the meeting was ADJOURNED.

Kathleen A. Sousa
Kathleen A. Sousa
Recording Secretary to the
JUDICIAL NOMINATING COMMISSION