EX 4

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

COMPLAINT TO SEARCH AND SEIZE PROPERTY/OR PERSON

To **ALBERT E. DEROBBIO** Justice of the Supreme, Superior Court, or Judge of the District Court of the State of Rhode Island

a) [signature] Captain of Police, Smithfield Police Department

b) ______________ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses.

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretense, or pretenses, with intent to cheat or defraud within this state or elsewhere;

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use or is or has been used in violation of law, or as a means of committing a violation of law ;

(4)

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

**The person/property and articles to be searched for and/or seized is:**

Any typewriter, computer, word processor, printer, typewriter ribbons, computer ribbons, computer discs, computer software, hard drive computer components or any other component or part of any instrument or machine capable of producing a printed document.

**The name of the keeper, thereof (if known) is:**

Arthur D'Amario III

**The place and person to be searched is described as follows:**

11B High Street, Smithfield, Rhode Island, a two story white house located on the southwesterly side of High Street at the intersection of Whitman Street. The house number is 11-13 with two apartments on each side . 11B is on the right side as you face the house .

~~Your complainant prays that said warrant may be served in the daytime and or in the nighttime for the reason that, 24 hour warrant.~~

Subscribed and sworn to before me ; Date:

[signature] Judge/Justice

[signature] Capt. [signature] Complainant