EX 5

projo.com The Providence Journal

# Archives

Advertising

Providence, Rhode Island

Welcome! Visit Member Center

Customize | E-mail newsletters | E-cards | MySpecialsDirect

Search Site Go

Search Archives Go

Home
Local News
Opinion
Sports
Your Life
Classifieds
About Providence
Bulletin Boards
Business
Calendar
Desktop News
Digital Extras
Nation/World
Obituaries
Pagina Latina
TasteRI
Weather
Wireless

The Providence Journal

About the newspaper
Advertising
FAQs
Guide to requesting coverage
Newspaper In Education
Subscribe
Vacation starts/stops
More subscriber services

Basic Search | Advanced Search | Saved Search | About the Archive | Search Tips | Pricing | FAQ | Account & Purchases | Customer Service | Terms of Service | Other Archives | Logout | Home

Start a New Search
Back to Results

Printer-Friendly Format

## Laugh and a half; [ALL Edition]

**The Providence Journal**. Providence, R.I.: Aug 8, 1998. pg. A.11

**Full Text** (69 words)

*Copyright Providence Journal/Evening Bulletin Aug 8, 1998*

I've just finished reading your quotes of the comments made by Judge Jeremiah S. Jeremiah after getting caught steering money to his tenants, and I can't stop laughing ("Judge Jeremiah voted for grant for group that rents from him," News, Aug 1.)

If the judge brings his comedy act to the Warwick Musical Theatre, I want two tickets. Maybe he can open for Carrot Top.

ARTHUR D'AMARIO III

Smithfield

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section: *EDITORIAL*

Text Word Count 69

Document URL:

ProQuest Archiver

Copyright © 2006 The Providence Journal Company

Advertising
ENOUGH READING.
CLICK HERE for an unbeatable quote.
QUOTE
suzukiauto.com

Classified Center

cars.com
Find a car
Find a dealer
Sell your car

jobcenter
MyJobCenter
Job search
Employers

homecenter
Residential
Rentals
Search other listings

and
DatingCenter
Search other categories
Place an ad

Table of Contents

**Home page**
About Providence
Bulletin Boards
Calendar
DatingCenter
HomeCenter
JobCenter
MoveCenter
Health
Lottery
Massachusetts
Metro
Editorials
Letters
Weblogs
P-Bruins
PC
Red Sox
URI
Horoscope
Movies
Music
Personal Technology