EX 6



COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss. ATTLEBORO DISTRICT COURT
NO. 9734 RO 0752

| | | |
|---|---|---|
| DEBRA A. SELLERS,<br>Plaintiff | ) | |
| v. | ) | 209A HEARING |
| ARTHUR D'AMARIO, III<br>Defendant | ) | |

Honorable John J. Dolan
Attleboro District Court
Attleboro, Massachusetts
October 21, 1997
Total Pages: 25

APPEARANCES:

DEBRA A. SELLERS, Pro Se.

AAA TRANSCRIBING SERVICE, INC.
505 PLEASANT STREET/P.O. BOX 341
MARSHFIELD HILLS, MASSACHUSETTS 02051
1-800-541-8085

6



every time he contacts me I say, I'm going to go and get a restraining order. And I just kind of dismiss it. I don't think he's, he hasn't physically threatened me in any way, shape or form. But I consistently ask him, please do not call me. Please do not write to me. I dated him twice. I'm sorry. I do not want to see you. But he, he's very peculiar.

THE COURT: And how do you know about this record that you say you believe he has, Ma'am?

MS. SELLERS: A friend of mine is a detective in the Rhode Island Police Department. And at the time when I was very concerned about this, after I dated him for those two evenings, he called me from a, it was, not a, it wasn't jail, but it was a correctional facility in Rhode Island. And he was detained there for I think approximately two to three months. And the letters that he mailed me were mailed from there. So I contacted this friend of mine and he did tell me that that's what was going on, that's where he was. I'm very embarrassed to say, I am very, you know, I cannot believe it's happening.

THE COURT: Did you keep any of those letters or?