Ex 7

| DEFENDANT INFORMATION FORM IN RESTRAINING ORDER CASES (Provided by Plaintiff) | DOCKET NO. – COURT USE ONLY 9734 RO 0752 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|
| DEFENDANT'S NAME Arthur D'Amario III | DEFENDANT'S DOB ? | COURT DIVISION ATTLEBORO No. 2 |

ATTENTION: PLEASE PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF A PROTECTIVE ORDER IS ISSUED, THIS INFORMATION WILL HELP POLICE FIND THE DEFENDANT AND SERVE THE DEFENDANT WITH A COPY OF THE ORDER.

OTHER NAMES USED BY THE DEFENDANT:

HOME ADDRESS 11 High St. Smithfield RI.
Number Street City State Zip

IMPORTANT: Apartment No. ________ Floor No. ________ Name on Door/Mailbox ________

WORK ADDRESS ________
Name of Company / Employer
________
Number Street City State Zip

Department ________ Title ________

Tel. No. ( ) ________ Work Hours ________

OTHER PLACES DEFENDANT MAY BE FOUND (Friends, bars, relatives, hangouts)

BEST PLACE TO FIND DEFENDANT BEST TIMES

DEFENDANT UNDERSTANDS ENGLISH? ☑ Yes ☐ No IF NO, WHAT LANGUAGES?:

DESCRIPTION FOR PURPOSES OF SERVICE ☑ Male ☐ Female ☐ Race ________

Eyes Brown Hair Brown Height 5 7 Weight 140 Build med

Other ________ (Beard, glasses, scars, tattoos, acne, hairstyle)

PHOTOGRAPH AVAILABLE? ☐ Yes ☑ No (Photographs are very helpful to police in identifying Defendants.)

MOTOR VEHICLE: License Plate # ________ Year ________ Make Ford Model Mustang Color Red

DOES DEFENDANT HAVE: (describe very briefly)

1. A history of violence towards police officers? ☐ No ☐ Yes
Threatening an officer of the court.

2. A history of using/abusing drugs or alcohol? ☐ No ☐ Yes What kind?

3. Access to guns, a license to carry, or possess a gun? ☐ No ☐ Yes What kind?
Possession of a hand gun — years ago.

4. Psychiatric/Emotional Problems? (Treated/Hospitalized?) ☐ No ☐ Yes What kind?

ANY OTHER INFORMATION WHICH MIGHT BE HELPFUL IN LOCATING THE DEFENDANT

PLAINTIFF'S NAME Debra Sellers

DATE | PLAINTIFF'S SIGNATURE