EX 8

# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
DISTRICT COURT DEPARTMENT

ATTLEBORO DIVISION

DEBRA SELLERS

VS.

ARTHUR D'AMARIO III

DOCKET # 9734 RO 0752

MOTION

ABUSE PREVENTION ORDER

Now comes the Defendant/~~Plaintiff~~ in the above entitled case and moves this court to ALLOW AN APPEAL OF THE DECISION OF OCT. 29, 1997 TO A HIGHER COURT.

for the reason(s) that:

- THERE IS NO JURISDICTION;
- THERE IS NO EVIDENCE OF ABUSE, OR SERIOUS AND IMMINENT HARM.
- THE PETITION IS FRIVOLOUS AND MALICIOUS.
- THE PLAINTIFF LIED UNDER OATH.
- THE COURT RELIED ON HEARSAY EVIDENCE.

[signature] III ARTHUR D'AMARIO III
Defendant/~~Plaintiff~~

The above entitled motion will be heard on NOV. 7, 1997 at 9:00 A.M. ~~at 2:00 P.M.~~ at the Attleboro District Court, holden at Attleboro.

I hereby certify under the pains and penalties of perjury that on OCT. 29, 1997 (date)

I caused a copy of the above to be mailed, postage paid to: DEBRA SELLERS
19 BLUE JAY WAY, ATTLEBORO

Certified Mail/Return Receipt Requested:

ARTHUR D'AMARIO III [signature]

Signature