EX 9

# Attleboro Police Department

ARREST - CUSTODY REPORT

## SUPPLEMENTAL

Page 1 of 1 Pages

Defendant D'Amario Arthur

Arrest 97-10-2616 Warrant

Date of Incident 10/31/97

Time of Incident 8;55 PM.

Date of Report 10/31/97

Location 19 Blue Jay Way Attleboro Mass.

On 10/31/97 at approximately 8;55 PM. officer Dufort was detailed back to the station to take a report from a female subject in the lobby of the station. Upon arrival at the station Dufort met with this female subject who then identified herself to Dufort as Mrs Debra Sellers from 19 Blue Jay Way Attleboro Mass.

At this time Mrs Sellers went onto tell Dufort that she had dated a male subject who name is Arthur D'Amario, she said that this was approximately 18 Month ago, she said that she only dated this subject twice and never had any problem, and hasn't seen him since. Mrs Sellers went onto tell Dufort that she broke it off with him 18 month ago and hasn't heard from him until now.

Mrs Sellers then went onto tell Dufort that she works for Motorola Inc. in Mansfield Mass. and on Oct. 17 of this month, the Human Resource Center the legal Dept. of the company she works for received a letter from this Male subject she dated 18 Months ago. Mrs Sellers told Dufort that the legal Dept. of her company told her and advised her to go to the court house and get a restraining order on this subject Arthur D'Amario from 11 High St. Apt. B. Smithfield RI. Mrs Sellers told Dufort that she went to the Court House Attleboro District Cou and got a Temporary restraining order on Arthur D'Amario which was good until the 29 of Oct.

Mrs Sellers said that on the 29 of Oct. she said that she went to the Attleboro District Court and got a Restraining order No Contact Order granted to her for 1 year by the Judge, and she told Dufort that Mr Arthur D'Amario was persent for the hearing. Mrs Sellers said that on 10/31/97 she received a letter Certified from the Post office Dated Oct. 29 which Mr D'Amari signed and mailed to her of his appeal to a hearing. Mrs Sellers showed Dufort the letter and told Dufort that she wants complant's filled against Mr Arthur D'Amario for violation of the No Contact order issued by Attleboro District Court on Oct. 29 1997 Order Number 9734-RO-0752. Mrs Sellers said that he must have gone right to the Post offic after he received the order. and violated the order by mailing the appeal to her. because she had to sign for the certifed mail at the Attleboro Post office. Dufort took copys of the order and a copy of the certified letter for evidence.

Officer Dufort advised Mrs Sellers that he would apply for a Warrant for Arthur D'Amario arrest.

Report Prepared By: Ptlm. J. Dufort

Arresting Officer

White - Original
Yellow - File Copy
Pink - Detectives