EX 10

COURT DIVISION: ATTLEBORO

Interpreter Required (language):

DOCKET ENTRY

APR 29 1998 DOLAN

- Attorney appointed (SJC R. 3:10)
- Atty denied & Deft advised per 211D §2A
- Waiver of counsel found after colloquy

APR 29 1998 DOLAN

Terms of release set:
- PR
- Bail:
- Held (276 §58A)
- See back for special conditions

APR 29 1998 DOLAN

Arraigned and advised:
- Potential of bail revocation (276 §58)
- Right to bail review (276 §58)
- Right to drug exam (111E §10)

Advised of right to jury trial
- Does not waive
- Waiver of jury trial found after colloquy

Advised of trial rights as pro se (Supp.R. 4)

Advised of right of appeal to Appeals Ct (R. 28)

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Arthur D'Amario
11 High Street Apt B
Smithfield RI

DEFT. DOB-AN: UNK

OFFENSE CODE(S): 955

DATE OF OFFENSE(S): on or about 10/31/97

PLACE OF OFFENSE(S): Attleboro

COMPLAINANT: George Bussiere

POLICE DEPARTMENT (if applicable): Attleboro

DATE OF COMPLAINT: 11/4/97

RETURN DATE AND TIME: WARRANT

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| A. VIOLATION OF PROTECTIVE ORDER c209A s7 | | | | | WAIVED |

DISPOSITION DATE & JUDGE

DISPOSITION METHOD
- Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- Bench Trial
- Jury Trial
- None of the above

FINDING
- Not Guilty
- Guilty
- Not Responsible
- Responsible
- No Probable Cause
- Probable Cause

SENTENCE OR OTHER DISPOSITION
- Sufficient facts found but continued without guilty finding until:
- Probation
- Pretrial probation(276 §87) - until:
- To be dismissed upon payment of court costs restitution
- Dismissed upon: Request of Comm. Request of victim Request of Deft Failure to prosecute Other:
- Filed with Deft's consent Nolle Prosequi Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- Dismissed on recommendation of Probation Dept.
- Probation terminated: defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | WAIVED |

DISPOSITION DATE & JUDGE

DISPOSITION METHOD
- Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- Bench Trial
- Jury Trial
- None of the above

FINDING
- Not Guilty
- Guilty
- Not Responsible
- Responsible
- No Probable Cause
- Probable Cause

SENTENCE OR OTHER DISPOSITION
- Sufficient facts found but continued without guilty finding until:
- Probation
- Pretrial probation(276 §87) - until:
- To be dismissed upon payment of court costs restitution
- Dismissed upon: Request of Comm. Request of victim Request of Deft Failure to prosecute Other:
- Filed with Deft's consent Nolle Prosequi Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- Dismissed on recommendation of Probation Dept.
- Probation terminated: defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | WAIVED |

DISPOSITION DATE & JUDGE

DISPOSITION METHOD
- Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- Bench Trial
- Jury Trial
- None of the above

FINDING
- Not Guilty
- Guilty
- Not Responsible
- Responsible
- No Probable Cause
- Probable Cause

SENTENCE OR OTHER DISPOSITION
- Sufficient facts found but continued without guilty finding until:
- Probation
- Pretrial probation(276 §87) - until:
- To be dismissed upon payment of court costs restitution
- Dismissed upon: Request of Comm. Request of victim Request of Deft Failure to prosecute Other:
- Filed with Deft's consent Nolle Prosequi Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- Dismissed on recommendation of Probation Dept.
- Probation terminated: defendant discharged

| COUNT-OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | WAIVED |

DISPOSITION DATE & JUDGE

DISPOSITION METHOD
- Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- Bench Trial
- Jury Trial
- None of the above

FINDING
- Not Guilty
- Guilty
- Not Responsible
- Responsible
- No Probable Cause
- Probable Cause

SENTENCE OR OTHER DISPOSITION
- Sufficient facts found but continued without guilty finding until:
- Probation
- Pretrial probation(276 §87) - until:
- To be dismissed upon payment of court costs restitution
- Dismissed upon: Request of Comm. Request of victim Request of Deft Failure to prosecute Other:
- Filed with Deft's consent Nolle Prosequi Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- Dismissed on recommendation of Probation Dept.
- Probation terminated: defendant discharged

ADDITIONAL COUNTS ATTACHED

A TRUE COPY — CLERK-MAGISTRATE/ASST. CLERK — ON (DATE)

COURT ADDRESS
88 N. MAIN STREET
ATTLEBORO, MA 02703