Ex 11

CLOSED

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:98-cv-11331-MEL**
**Internal Use Only**

D'Amario v. Dufort, et al
Assigned to: Senior Judge Morris E. Lasker
Demand: $0
Case in other court: 02-01076
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 07/09/1998
Date Terminated: 02/01/2001
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Arthur D'Amario, III**

represented by **Arthur D'Amario, III**
Federal Detention Center
#22667-038
P.O. Box 562
Philadelphia, PA 19105
PRO SE

**Valeriano Diviacchi**
Diviacchi Law Office
1A
111 Beach Street
Boston, MA 02111-2532
617-542-3175
Fax: 617-542-3110
Email: val@diviacchi.com
*TERMINATED: 05/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Dufort**
*individually and in his official capacity as Patrolman for the Attleboro Police Department*

represented by **John J. Cloherty, III**
Pierce, Davis, Fahey & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110
617-350-0950
Fax: 617-350-7760
Email: jcloherty@piercedavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Davis**
Pierce, Davis & Perritano, LLP

11

Ten Winthrop Square
Boston, MA 02110-1257
617-350-0950
Fax: 617-350-7760
Email: jdavis@piercedavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M. Reed**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
Fax: 401-276-6611
Email: treed@EdwardsAngell.com
*TERMINATED: 06/14/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Other Police Officers of The Attleboro Police Department Presently unknown**
*individually and in their official capacity*

represented by **John J. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/1998 | 1 | Complaint filed. Case assigned to Judge: Lasker. Receipt #: 7575 Amount:$ 150.00. Fee Status: Paid (sad) (Entered: 07/09/1998) |
| 07/15/1998 | 2 | Amended complaint by Arthur D'Amario III filed. (Answer due 7/25/98 for Other Police Officer, for James Dufort ) . Amended complaint amends [1-1] complaint ; and jury Demand. (sad) (Entered: 07/15/1998) |
| 08/12/1998 | 3 | Return of service executed as to James Dufort with service on 7/30/98 filed. (fmr) (Entered: 08/12/1998) |
| 08/12/1998 | 4 | Return of service executed as to Other Police Officer with service on 7/28/98 filed. (fmr) (Entered: 08/12/1998) |
| 08/20/1998 | 5 | Notice of appearance of attorney for James Dufort, Other Police Officer by John J. Davis, Todd M. Reed, filed. (sad) (Entered: 08/25/1998) |
| 08/20/1998 | 6 | ASSENTED TO Motion by James Dufort, Other Police Officer to extend time to 9/8/98 to respond , filed. (sad) (Entered: 08/25/1998) |
| | | |

| | | |
|---|---|---|
| 05/22/2000 | | Judge Morris E. Lasker . Endorsed Order entered granting [27-1] motion for Valeriano Diviacchi to withdraw as attorney (Terminated attorney Valeriano Diviacchi for Arthur D'Amario III denying [32-1] motion to dismiss . [EOD Date 5/23/00] cc/cl (jdj) (Entered: 05/23/2000) |
| 05/31/2000 | 34 | Notice of attorney's lien by Valeriano Diviacchi , filed. (sad) (Entered: 05/31/2000) |
| 06/01/2000 | 35 | Letter by Arthur D'Amario III dated: 5/26/00 to: David Galluzzi re: Release date filed. (mgl) (Entered: 06/02/2000) |
| 11/29/2000 | 36 | Judge Morris E. Lasker . Notice of Hearing/conference: set status conference for 2:15 12/14/00 cc/cl. (ghh) (Entered: 11/30/2000) |
| 12/14/2000 | 37 | Judge Morris E. Lasker . Notice of Hearing/conference: reset status conference for 2:30 1/30/01 cc/cl . (ghh) (Entered: 12/15/2000) |
| 12/20/2000 | 38 | Judge Morris E. Lasker . Notice of Hearing/conference: Motion hearing set for 2:30 1/30/01 for [32-1] motion to dismiss . cc/cl and pltf (ghh) (Entered: 12/20/2000) |
| 01/30/2001 | | Motion hearing re: [28-1] motion to enforce settlement agreement (jdj) (Entered: 02/07/2001) |
| 01/30/2001 | 41 | Judge Morris E. Lasker . Clerk's Notes: re: motion hearing held:Testimony of plainiff and his former attorney Mr Diviacchi heard. After hearing the parties have agreed that the settlement agreement in question only applied to the events which gave rise to the case. Accordingly defendants counsel was instructed to draft a settlement agreement and release which reflects this agreement. The clerk is instructed to enter a 60 day order. (jdj) (Entered: 02/07/2001) |
| 02/01/2001 | 39 | Judge Morris E. Lasker . Settlement Order of Dismissal entered.copies to counsel and pltf. [EOD Date 2/1/01] (ghh) (Entered: 02/01/2001) |
| 02/01/2001 | | Case closed. (ghh) (Entered: 02/01/2001) |
| 02/01/2001 | 40 | Notice of proposed release by Arthur D'Amario III by John J. Cloherty , filed. (jdj) (Entered: 02/02/2001) |
| 02/07/2001 | 42 | Letter from Judge Lasker dated: 2/7/01 to: Counsel re: Proposed Release of 1/31/01 filed. (jdj) (Entered: 02/08/2001) |
| 02/16/2001 | | General Release sent to Pltf D'Amario with self address envelope to return to court after signing. (ghh) (Entered: 02/16/2001) |
| 02/27/2001 | | General Release returned signed and filed. (ghh) (Entered: 02/27/2001) |
| 04/02/2001 | | Terminated document: terminating [32-1] motion to dismiss, terminating [28-1] motion to enforce settlement agreement, terminating [27-1] motion for Valeriano Diviacchi to withdraw as attorney, terminating [19-1] motion for summary judgment, terminating [18-1] motion for leave to file motion for summary judgment, terminating [16-1] motion for entry of default as to James Dufort, Other Police Officer, terminating [6-1] motion to extend time to 9/8/98 to respond Requested by ghh. (ghh) |