EX 13

# Attleboro Police Department

INCIDENT REPORT

COPY

| Record # | Inc. Code | Geocode |
|---|---|---|
| 99011354 | 2002 | 52 |
| Arrest # | ☒ Initial Report<br>☐ Follow-up Report | |

| Incident | Location | |
|---|---|---|
| Possible Restraining Order Violation | 19 Blue Jay Way | |

| Date & Time Occurred | Date & Time Reported | Date & Time of this Report | Check if more ☐ Names in supplement |
|---|---|---|---|
| 01/15/99 1528 | 01/15/99 1528 | 01/15/99 1600 | |

Codes in below box marked "Code", I-Involved Participant, W-Witness, P-Parent, Rp-Reporting Party, DC-Discover crime

| Code | Principal Party's(or firm) Name (last, First, M | Residence Address | Residence Phone |
|---|---|---|---|
| V | Sellers, Doborah | 19 Blue Jay Way Attleboro, Ma 02703 | 226-7346 |

| Occupation, I.D. | Sex | Race | Age | D.O.B. | Business Address | Business Phone |
|---|---|---|---|---|---|---|
| | F | W | | | | |

| Code | Principal Party's(or firm) Name (last, First, M | Residence Address | Residence Phone |
|---|---|---|---|
| I | | | |

| Occupation, I.D. | Sex | Race | Age | D.O.B. | Business Address | Business Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

| Code | Principal Party's(or firm) Name (last, First, M | Residence Address | Residence Phone |
|---|---|---|---|
| I | | | |

| Occupation, I.D. | Sex | Race | Age | D.O.B. | Business Address | Business Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

| Suspect # 1 (last,first,M) | Sex | Race | Age | Hgt. | Wgt. | Date of Birth | Arrested ☐ Y, ☐ N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Address, clothing & other identifying marks and characteristics | S.S. # | Complexion |
|---|---|---|
| | | |

| Suspect # 2 (last,first,M) | Sex | Race | Age | Hgt. | Wgt. | Date of Birth | Arrested ☐ Y, ☐ N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Address, clothing & other identifying marks and characteristics | S.S. # | Complexion |
|---|---|---|
| | | |

| Veh. Color | Year | Make | Model | Style | Reg # | Vin # | Disposition | TT. Sent ☐ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Point of Entry N/A Area N/A Lock N/A<br>Exit Different ☐ | Type of Entry N/A | Property Description In supplement ☐ |
|---|---|---|

Narrative

Ms Sellers has a restraining order against Mr. Arthur D'Amario. Mr. D'Amario is presently on probation for previously violating the restraining order. Ms. Sellers received a greeting card at halloween which was placed in her mail box, the card was not postmarked. The card and envelope were processed by the Middleboro State Police I.D. Unit, No readable fingerprints were found. The envelope to the card was addressed with a typewriter and typed, in all capitol letters. Today Ms. Sellers received a birthday card, her birthday is Sunday, 1/17/99. This card is also addressed by the use of a typewriter using all Capital letters. This card is post marked Providence Jan. 14th,1999. Mr, D'Amario is a Smithfield R.I. resident.Both cards appear as though they may have been typed using the same typewriter. Ms. Sellers and this investigator both feel that both these cards most probably were from Mr. Arthur D'Amario. The most recent card will also be submitted to Middleboro State Police I.D. Unit for processing.

| Case Status | | Complainant's Signature |
|---|---|---|
| ☒ Active<br>☐ Inactive<br>☐ Unfounded<br>☐ Cleared | I hereby certify that the contents of this report are true and Correct to the best of my knowledge.<br>Sgt. Kenneth D Collins<br>Reporting Officer: Signature: | |