EX 14

SUMMONS FOR WITNESS 9834CR3500 District Court Department

SSION: ☒ CRIMINAL ☐ JUVENILE ☐ JURY ☐ MAGISTRATE HEARING

NAME AND ADDRESS OF COURT DIVISION

Attleboro District Court
88 North Main Street
Attleboro MA 02703

YOU MUST APPEAR AT THIS COURT ADDRESS ON THE DATE AND TIME SPECIFIED HEREIN

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Arthur D'Amario
11 High Street
Smithfield, RI. 02917

DATE AND TIME OF APPEARANCE

2/4/99 AT 9:00A.M. M.

DATE TIME

NAME, ADDRESS AND ZIP CODE OF WITNESS

OFFENSE(S)
Alleged Violation Of Probation

To the above named ☒ Defendant ☐ Witness:

You are hereby ordered to appear in this Court on the appearance date noted above

☒ To answer to a criminal complaint charging you with the offense(s) listed above.

☐ To give evidence and testify on behalf of the ☐ Commonwealth ☐ Defendant in the matter described above, and to appear from time to time and day to day thereafter as ordered. You are further required to bring with you:

PROBATION SUMMONS
ANY QUESTIONS REGARDING THIS SUMMONS CONTACT
P.O. J. Wordell, PO ext 338

Attleboro

| WITNESS: FIRST JUSTICE Hon. John J. Dolan | DATE OF ISSUE 1/14/99 | CLERK-MAGISTRATE Daniel J. [signature] |
|---|---|---|

WARNING TO DEFENDANT OR WITNESS:

Failure to appear in accordance with this summons may result in the issuance of a warrant for your arrest. Please bring this document with you to court.

ATENCION:

Esta es una notificación oficial de la corte.
Si usted no sabe leer inglés, obtenga traducción!

1-15-99