EX 16



WITNESS STATEMENT

Time: 11:00

Date: 2/9/99

Place: Smithfield P.D.

I, Captain Gregg L. Catlow, voluntarily and without threats or promises, make the following statements:

Q. What is your name?

A. Gregg L. Catlow

Q. What is your date of birth?

A. 1/30/59

Q. What is your present address?

A. 215 Pleasant View Avenue
Smithfield, RI 231-2500

Q. What is your occupation?

A. Police Officer
Smithfield, RI 231-2500

On Monday 2/8/99, I received a call from Sergeant Kenneth Collins of the Attleboro Police reporting that they were investigating Arthur D'Amario of 11B High Street, Smithfield, for violating a Massachusetts Protection from Abuse Order. Sergeant Collins reported that Mr. D'Amario is apparently typing letters to his victim and that he would like to obtain Search Warrant for his residence to seize the typewriter.

Sergeant Collins into the station with an affidavit. Based on his affidavit, a search warrant was drawn and subsequently signed by District Court Judge Albert DeRobbio.

11:40 a.m., we responded to 11B High Street accompanied by Sergeant. Richard St.Sauveur, Patrolman Michael Mousseau, and Patrolman David Parenteau. We were permitted entrance by Arthur D'Amario. He was provided a copy of the search warrant. On the kitchen table was a Smith Corona model XD4900 word processor. Sgt. Collins searched for used cartridges for the word processor and found one in the trash. A short time into the search he called me into the bedroom where he located a Raven Arms .25 semi-automatic handgun. Sergeant St. Sauveur photographed the gun and a box of ammunition. Knowing the Arthur D'Amario was currently the defendant in a Massachusetts Protection from Abuse Order, I seized the gun and the ammunition.

12:15 p.m., we cleared 11B High Street. I personally provided Arthur D'Amario a copy of the search warrant and a list of items seized.

Thursday 2/11/99, I spoke with the supervising agent at ATF with regard to a Federal charge of possession of a firearm while subject to a Domestic Abuse Restraining Order. He stated that a minimum requirement is that the parties would have to have been intimate within the last three months. At

REFERENCE: 99-118-OF
OFFICER: Capt. Catlow, Gregg L.

this time, the facts do not exist.

I spoke with William Ferland, Chief of the Criminal Division for the Department of Attorney General. He requested that we send a copy of the case to him because Mr. D'Amario is a probation violator.

Friday 2/12/99, I received a call from Attorney General Ferland reporting that a Superior Court warrant has been signed for Arthur D'Amario for Probation Violation.

Capt. Gregg L. Catlow