Ex 19

# The Commonwealth of Massachusetts
## Department of State Police
## Office of the Chief Legal Counsel

470 Worcester Road
Framingham, MA 01701

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

ROBERT C. HAAS
SECRETARY

COLONEL MARK F. DELANEY
SUPERINTENDENT

November 3, 2006

Arthur D'Amario 02989-070
Federal Detention Center
P.O. Box 562
Philadelphia, Pennsylvania 19105

RE: *Your Request for Records*

Dear Mr. D'Amario:

Your request, which was directed to our Crime Scene Services Section, has been forwarded to this office for response.

The Crime Scene Services Section has advised us there are no records responsive to your request.

Sincerely,

Beth Crea

Beth Crea
Office of the Chief Legal Counsel
Massachusetts State Police
(508) 820-2311