EX 20

SENATOR
MICHAEL J. FLYNN
3 Hawthorne Road
Greenville, Rhode Island 02828

Room 120, State House
Providence, Rhode Island 02903

Bus.: 401-277-2708
Fax: 401-277-1206

STATE OF RHODE ISLAND
HOPE

Senate Chamber

Committee on Judiciary

Committee on Labor

July 25, 1998

Ms. Debbie Sellers
19 Blue Jay Way
Attleboro, MA 02703

Dear Debbie:

Recently, I saw my good friend, Arthur D'Amario, and he mentioned the restraining order you had placed against him in Attleboro District Court.

Actually, I have known Arthur and his family for many years. During that time, I have always found them to be hard working, conscientious citizens of our town. Furthermore, Arthur is no criminal. On the other hand, as you know, he has had some brushes with law enforcement officials over the years. Why is this? In my opinion, several of these encounters were intended to harass him for exposing the ineptness of these same officials in a court of law.

With this brief explanation, I hope you will reconsider dismissing your complaint against him.

Sincerely yours,

Michael J. Flynn

Michael J. Flynn
SENATOR, DISTRICT 29

MJF:plm