EX 21

# Forensic Science Applications

Examination of Questioned Documents

August 31, 1999

Mr. Arthur D'Amario
02989-070 Duke Unit
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509-1000

Dear Mr. D'Amario:

I have received your letter, dated August 22, 1999. I am writing this letter to you without answering any of the questions you have asked.

I am doing this for two (2) reasons. First, I was retained by the Attleboro Massachusetts Police Department to work on their behalf concerning evidence relating to you as detailed in my report, dated February 26, 1999. Because of this relationship, I feel obliged to discuss matters relating to this evidence and the circumstances surrounding it, only with proper authorities from that department. Of course, if you obtain written permission or if I am ordered by a court, I will gladly discuss these matters with your attorney. My hourly fee in such instances is $100.00 per hour. Second, it is my practice to deal with clients through their attorneys. Occasionally, I will discuss issues with non-represented individuals but never in a case in which the person is incarcerated.

Therefore, if you still desire to make inquiries of me, please do so through your attorney with the appropriate permission from the Attleboro Police Department or by means of a subpoena issued by an authority.

I am providing a copy of this letter to Mr. Edward C. Roy, Jr., the attorney who last

SEP - 7 1999

RR 3, Box 110-N Vineyard Haven, Massachusetts 02568 Tel. 508-693-5635 • Fax 508-693-5636

21

contacted me on your behalf and to the Attleboro Police Department, so they both will be aware of my position in dealing with your inquiries.

Sincerely,

Alan T. Robillard

cc: Sgt. Kenneth Collins
Edward Roy, Jr.