EX 22

[redacted]
Forensic Examiner of Qu[redacted]ned Documents
Handwriting S[redacted]ecialist
Retired FBI Supervisory Special Agent

[redacted]

[redacted] Telephone
[redacted] Cell
[redacted] Facsimile
[redacted]x.net

March 07, 2007

Arthur D'Amario, III
02989-070
Federal Detention Center
Post Office Box 562
Philadelphia, PA 19105

RE: YOUR REQUEST FOR ASSISTANCE

Dear Mr. D'Amario:

Your submitted material is enclosed. I have not retained copies. Please see written remarks that I made in your three-page letter.

Without an examination of the original two questioned greeting cards, I can make no determinations. If the questioned greeting cards become available, please submit them to me for examination.

You may also consider submitting your personal Smith-Corona typewriter for examination.

Sincerely,

[redacted]