EX 23

IN SIGHTS
INVESTIGATIVE GROUP INC.

P.O. Box 22051
Cranston, RI 02920

October 16, 2000

Arthur D'Amario III
# 02989-070
PMB 400 Federal Medical Center
Rochester, MN 55903-4000

Dear Mr. D'Amario:

As you will recall, we discussed in detail what approach would be taken to obtain the information you were requesting.

Initially, my efforts were thwarted. Time and money was wasted when Mr. Roy scheduled and appointment with me and then cancelled it at the last minute. He refused to let me review **ANY** of his records. I don't understand how he could judge my competency from a simple conversation asking to meet with him, but I can not be held accountable for his actions, or his statements.

I looked thoroughly into Natalia Mendes' background as you requested although you initially had me looking into Natalia Mendez. We learned a great deal about Ms. Medes and her family however nothing relevant to your case.

We also looked into Ms. Seller's and her parents' ( Robert R. Punch, born 1938 & Carol A. Punch 1940 ) background looking for ties to the police department.

We conducted a background check on Ms. Sellers and Ms. Mendes however there was nothing on file.

Two trips were made to the Attleboro District Court to retrieve the "tape" you requested, which still remains in their custody. We obtained a "Cassette Copy Order Form", however, you stated that you would obtain it on your own.

We met with you on three separate occasions at the in-take center and received a minimum of three collect calls from you.

I contacted Mr. Hochman at your request to arrange an interview with Ms. Sellers. You specifically stated that I was not to talk to Ms. Sellers without Mr. Hochman's permission since you were concerned that this may be construed as harassment. After several attempts, we spoke with Mr. Hochman. He stated that he would not allow Ms. Sellers to speak with us!

A criminal defense investigation typically costs several thousand dollars and initially requires all available prosecution and defense files before it can begin! You did

(401) 944-6445 Fax: (401) 944-6502

not want me to use up funds obtaining these vital documents since they were already at your disposal.

One Thousand dollars provides approximately 20 hours of investigative time, which is used up in minimum 3-hour blocks; that doesn't include expenses.

I hope this answers your question on where the $ 1,000.00 was allocated.

Your account still has a small balance and I will be willing to look into this matter further. If you would like, I'll contact Ms. Sellers and see what she will tell me. Compile a list a specific questions that you feel are most relevant to your and I'll ask them. Rest assured, I will look into Mr. Roy's affidavit and he will be held accountable for any slanderous marks that he has made.

Sincerely,

[signature]

Mark Champagne