EX 24

ROY & COOK
ATTORNEYS AT LAW

86 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

EDWARD C. ROY, Jr.
GERALYN M. COOK*

(401) 273-4900
FAX (401) 331-0436

* *admitted in RI and NY*

March 3, 2000

Arthur D'Amario
c/o INTAKE SERVICE CENTER
PO Box 8249
Cranston, RI 02920

RE: UNITED STATES OF AMERICA
V. ARTHUR D'AMARIO

Dear Arthur:

I received your letter of February 28, 2000 and I am not hiding anonymous cards from you. If you paid a detective $1,000.00 to link the unknown Mendez woman to some typeset I think it's a waste of your money.

Thank you for your cooperation.

Very truly yours,

EDWARD C. ROY, ESQUIRE

ECR:slc

Enc.