EX 25 001

RHODE ISLAND DEPARTMENT
OF CORRECTIONS
PSYCHIATRIST CONTACT NOTES

NAME D'AMARIO, ARTHUR

DOB 6/9/52

S (subjective symptoms) O (objective findings)
A (assessment or impression) P (plan)
All entries must be signed, dated and timed.

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| March 9, 1999 9:45 am | ISC | Inmate seen at the request of Superior Judge Pfeiffer. Inmate presents in a clean and coherent manner. He is oriented to person place and time. He is friendly and cooperative displaying no evidence of a thought, feeling or behavioral disorder. He describes no history of drug or ETOH abuse. He does report a hx of being treated for depression most recently by Dr Frank Feiner. He is prescribed no medication for this at this time. There is no evidence of danger to self or others at this time. No acute problems noted. No indication for mental health services at this time. He is planning on following up with Dr Feiner when released. |
| | | Alan B Feinstein [illegible] Clinical Psychologist |