EX 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V. NO. CR 99-30-01-JD

ARTHUR D'AMARIO

## ENTRY OF APPEARANCE

FOR THE THIRD TIME, DEFENDANT ARTHUR D'AMARIO ENTERS HIS APPEARANCE PRO SE, PURSUANT TO FARETTA V. CALIFORNIA.

DEFENDANT, PRO SE,

[signature]

ARTHUR D'AMARIO III 02984-070
F.C.I.
P.O. BOX 1000
BUTNER, N.C. 27509-1000

## CERTIFICATION

I HEREBY CERTIFY THAT ON JULY 19, 1999, I MAILED A COPY TO AUSA STEPHANIE BROWNE,

[signature]

ARTHUR D'AMARIO III