EX 27

To: Ed Roy Re: **Arthur D'Amario, III**

Please contact Dr. Feiner!

**You can contact Dr. Feiner at 885-3063** (this is Arthur's treating psychologist/psychiatrist for a long time. Arthur has given you permission to discuss the case with Dr. Feiner). re: March!

**You may also contact Andy Horwitz regarding this case - 276-4880** Please contact Andy

Regarding the gun:

**What if** they told the store owner to destroy the original receipt for the gun from 1988 (11 years ago)?

(You could get serial number, too.)