EX 28

Roger Williams University School of Law

150 WASHINGTON STREET
PROVIDENCE, RHODE ISLAND 02903
(401) 276-4880. FAX (401) 276-4899

CRIMINAL DEFENSE CLINIC
Professor Andrew Horwitz, Director

July 11, 2000

Mr. Arthur D'Amario, III
Register No. 02989070
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

Dear Arthur:

I just received your letter dated July 7, 2000. Here are the addresses and numbers that you asked me to track down:

Richard Coughlin, Esq.
Federal Public Defender
800 Hudson Square, Suite 350
Camden, NJ 08102
(856) 757-5341

Lawyer Referral Service
Camden County Bar Ass'n
800 Hudson Square, Suite 103
Camden, NY 08102
(856) 964-4520

NJ Protection & Advocacy, Inc.
210 So. Broad Street, 3rd Floor
Trenton, NJ 08608
(609) 292-9742

With respect to my conversation on February 8, 1999, with Captain Catlow, my notes do not reflect what he said about <u>why</u> you weren't being arrested. I clearly remember discussing that fact with him, but my recollection of his explanation is far less clear. To the best of my recollection, I believe he told me that it was because the mere possession of an unregistered firearm was not a crime in Rhode Island.

Best of luck with your petition. Keep me posted.

Sincerely,

Andrew Horwitz