EX 30

STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

CIVIL CASE
CLERKS INFORMATION
REPORTING FORM

SUPERIOR COURT

S-220

| CASE TITLE | | CASE NUMBER |
|---|---|---|
| Anthony D'Amario III vs Frank J. Russo, et al | | C.A. 86-2162 |
| DATE: 5-13-91 | JUDGE: Needham | CLERK: Lucille Kildune |

☒ Motion Calendar ☐ Formal & Special Cause Calendar ☐ Misc. Calendar Trial Calendar ☐ Jury ☐ Non-Jury

Plaintiff's Motion to Amend the Judgment entered July 2, 1990 was heard and is Granted as to all defendants.

Judgment to enter Without Prejudice as against all defendants