EX 32

June 28, 2000

Received a telephone message from Supervisor [redacted] re: a possible threat against Judge [redacted] received a telephone call from the marshals' office in Rhode Island. [redacted] was at USMS headquarters and was passing on the message for action here.

Deputy US Marshal [redacted] was contacted and message left. [redacted] returned the call and left the message that DUSM [redacted] was handling the threat. [redacted] was called and a message was left. [redacted] called back about 3:30 P.M. and relied the following information. The US Attorneys office for the District of Rhode Island had received a letter from Attorney [redacted] stated that in her cover letter that D'AMARIO had threaten Judge [redacted] as well as US District Judge [redacted] further stated that D'AMARIO was in FCI Fort Dix, Fort Dix, NJ. And D'AMARIO's release date was set for July 4, 2001. Any change in that status security for Fort Dix would notify [redacted] A copy of the threat letter and cover letter was faxed to this office. A discussion was had with Assistant US Attorney [redacted] stated that the letter has been turned over to SA [redacted] also stated that she has spoken with an assistant that is handling a motion for release from D'AMARIO to the 3th circuit. Based on the overt violence stated in the letter, which according to [redacted] is a change for D'AMARIO, the warden for Fort Dix moved D'AMARIO in protective custody. Also the warden would notify the Marshals Service if any change in D'AMARIO's status.

b7C

Judge [redacted] chambers were contacted and informed of the threat. The judge is out of the country till Monday, July 3th. A message was left to have the judge get in touch with this office as soon as possible.

Court Security Inspector [redacted] was notified by telephone. A 550 would be done as soon as a copy of the Rhode Island was received. Chief [redacted] was notified.

b7C

June 29/30

Spoke to [redacted] from RI decided that only one 550 would be submitted by [redacted] with secondary notice to this office. D'AMARIO was placed on suicide watch by BOP based on threats against himself in the letter. See attached email from [redacted]

b7C

Supervisor SA [redacted] called back and stated that SA [redacted] would be assigned to the case.

b7C

156