EX. 33

July 3th

Chief relied that he spoke to Judge [redacted] about D'AMARIO and his status. Received letters from [redacted] with 550, picture and cover threat notice. Received voice mail from U.S. Attorney Craig Moore that he has assigned case to AUSA Terrance Donnelly. [redacted] b7C

Received call from [redacted] that BOP moved D'AMARIO without notifying USMS, D'AMARIO now in FMC Rochester. **FMC Rochester 2110 East Center Street Rochester, MN 55904 (507) 287-0674, fax (507) 287-9600.** [redacted]tated that he refiled a notice with BOP on D'AMARIO for movement. BOP move D'AMARIO for safety reasons and for a study of his mental health. BOP tol[redacted]hat D'AMARIO has been slipping over the recent time. b7C

July 17th

Received copy of mental health request from FCI Ft. Dix to FMC Rochester from [redacted] Ft. Dix feels like D'AMARIO has been going downhill and needs more help then Ft. Dix can provide. b7C

July 27th

Received voice mail from Terrance Donnelly 401-528-5216. Donnelly stated that his office has a conflict of interest in this case as one of the other AUSAs in that office was threatened. The case has been referred D/NJ for pros. Donnelly will keep track of it and keep us informed as to the status.

August 2, 2000 / 09:51

While on assignment received voice mail from [redacted] that BOP has decided that D'AMARIO's state jail time counts and that he D'AMARIO is to be released. BOP is going to fly D'AMARIO to Providence, RI on a commercial flight and release him today. I received this voice mail at 10:05 or so and called the office left voice fo[redacted]nd the spoke to the Chief to be sure someone got the message right away. Chief stated that he would speak to [redacted] and go from there. b7C

Spoke to the Chief late in the afternoon he had spoke to [redacted] and, Donnelly. Donnelly took hold of the matter and ensured that D'AMARIO was not released and that the state time did not count toward his sentence computation. b7C

August 11, 2000

Called Donnelly to get an update on the case, left a message. Calle[redacted]or update nothing new D'AMARIO still in Rochester. b7C