EX 34

August 14, 2000

Received call from AUSA Terrance Donnelly re: D'AMARIO. D'AMARIO is still in Rochester, the mix-up came from a clerk there for the release, that has been handled, Still waiting for NJ to pros. The case and he (Donnelly) would stay on top of that.

October 2000

Called AUSA Terrance Donnelly re: D'AMARIO for an update of case. Donnelly called D/NJ for a case update and was told that the assistant was tied up in trial but would likely indict D'AMARIO after the trial ends about October 27, 2000.

November 21, 2000

Received a cellphone call from Supervisor [redacted] that Judge [redacted] had received another letter from D'AMARIO and please update the case. b7C

November 22, 2000

Reviewed two pieces of inappropriate communication from D'AMARIO from the judges' chambers. One dated November 7th and the other dated November 15th. Spoke to AUSA Terrance Donnelly updated him with the two pieces of communication. Donnelly gave D/NJ AUSA Debra Goldklang [redacted] Called Goldklang and left a message to called either [redacted] or myself re: the new letters, also for an update of the status of the indictment. Called Threat desk spoke to [redacted] with new communications, requested an 11 and copies fax to him. Done. b7C

Debra Goldklang called back wanted the letters faxed to her. Case is still pending, per her. Forwarded her call to SDUSM and CDUSM. Fax # 973-645-3497

January 30, 2001

Per the Chief called D/NJ AUSA Debra Goldklang [redacted] re: status of case. Chief is meeting with Judge [redacted] and needed an update. Debra not in spoke to secretary [redacted] stated that subject not indicted, yet. b7C