EX 35



UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY,
CAMDEN, NEW JERSEY, 08101

---

THE UNITED STATES OF AMERICA,

VS.

CRIMINAL DOCKET NUMBER
01-346 (JEI)

ARTHUR D'AMARIO,

DEFENDANT.

---

TRIAL

NOVEMBER 29, 2001
MITCHELL COHEN COURTHOUSE
JOHN F. GERRY PLAZA,
CAMDEN, NEW JERSEY, 08101

B E F O R E: THE HONORABLE JOSEPH E. IRENAS,
U.S. DISTRICT COURT JUDGE,
DISTRICT OF NEW JERSEY

A P P E A R A N C E S:

DEBORAH L. GOLDKLANG, ASSISTANT U.S. ATTORNEY,
FOR THE UNITED STATES OF AMERICA.

LORI M. KOCH, ASSISTANT FEDERAL PUBLIC DEFENDER
AND CHRISTOPHER O'MALLEY, ASSISTANT FEDERAL PUBLIC DEFENDER,
ATTORNEYS FOR DEFENDANT, ARTHUR D'AMARIO

STEPHEN J. DANER,
REGISTERED PROFESSIONAL REPORTER,
CERTIFIED SHORTHAND REPORTER,
OFFICIAL U. S. REPORTER

35



WITNESS INDEX


ANDREW L. OLNES

| | |
|---|---|
| DIRECT | 15 |
| CROSS-EXAMIATION | 20 |
| REDIRECT | 28 |
| RECROSS-EXAMINATION | 30 |

EDWARD ROY

| | |
|---|---|
| DIRECT | 32 |
| CROSS-EXAMINATION | 78 |
| REDIRECT | 115 |

STEVEN BARTLETT

| | |
|---|---|
| DIRECT | 121 |
| CROSS-EXAMINATION | 135 |
| REDIRECT | 156 |
| RECROSS-EXAMINATION | 162 |

ANDREW OLNES

| | |
|---|---|
| DIRECT | 166 |
| CROSS-EXAMINATION | 170 & 176 |

35



SENT THAT DOWN TO OUR THREAT DESK IN D.C., AT THE HEADQUARTERS. I READ THE LETTER AND THEN I WENT UP TO JUDGE DICLERICO'S CHAMBERS TO NOTIFY THE JUDGE.

Q. BY CHAMBER, IS IT THE SAME AS THE JUDGE'S OFFICE?

A. THE JUDGE'S OFFICE, YES.

Q. WHAT IF ANYTHING DID YOU DO WHEN YOU WENT TO JUDGE DICLERICO'S CHAMBERS?

A. JUDGE DICLERICO WAS OUT OF THE COUNTRY ON VACATION AT THE TIME. I NOTIFIED HIS SECRETARY, AND LEFT HER A COPY OF THE LETTER ASKING HER TO HAVE THE JUDGE GET IN CONTACT WITH THE MARSHALS SERVICE AS SOON AS HE RETURNED FROM HIS VACATION.

Q. DID YOU HAND-DELIVER A COPY OF THE LETTER TO CHAMBERS?

A. YES, I DID.

Q. MR. BARTLETT, DID YOU EVER MEET FACE-TO-FACE WITH JUDGE DICLERICO TO DISCUSS THE LETTER?

A. YES, I DID. JULY 3RD, WHICH WOULD BE THE MONDAY, I THINK HE RETURNED ON SUNDAY, AND I TALKED TO HIM MONDAY WHEN HE GOT INTO THE OFFICE.

Q. WHAT DID YOU TELL THE JUDGE AT THAT TIME?

A. I WENT OVER THE LETTER WITH THE JUDGE AND BASICALLY ASKED THE JUDGE IF HE REQUESTED PROTECTION AT THE TIME, WHICH OF COURSE HE DID NOT NEED TO. BUT THAT WOULD BE ONE OF THE STEPS I TOOK.

Q. WHY DIDN'T THE JUDGE NEED PROTECTION AT THAT SPECIFIC

35



TIME?
A. I KNEW WHERE MR. D'AMARIO WAS AND HE WAS UNAVAILABLE TO GET TO THE JUDGE AT THAT POINT. HE WAS IN JAIL.
Q. DID THE JUDGE INSTRUCT YOU TO DO ANYTHING AT THAT TIME?
A. KEEP HIM ADVISED OF THE CASE. LET HIM KNOW WHERE IT WAS GOING, AND THE STATUS OF IT, AND THAT WAS ABOUT IT.
Q. DID YOU OBSERVE THE JUDGE'S DEMEANOR DURING THAT MEETING?
A. YES, I DID.
Q. WHAT WAS THAT?
A. HIS DEMEANOR WAS, THE JUDGE WAS CONCERNED, BUT AGAIN WE KNEW WHERE MR. D'AMARIO WAS AND AS LONG AS HE WAS IN CUSTODY OR INCARCERATED, WE KNEW THAT, WE KNEW OF WHAT HE HAD WRITTEN IN THE LETTER, BUT ALSO KNEW RIGHT THEN AND THERE HE WASN'T A THREAT TO THE JUDGE.
Q. FOLLOWING YOUR MEETING WITH JUDGE DICLERICO, DID YOU KEEP TABS ON THE DEFENDANT'S RELEASE DATE FROM PRISON?
A. YES, I DID.
Q. WHY DID YOU DO THAT?
A. ONE, BECAUSE OF THE LETTER THAT HE HAD WRITTEN AND THE CONCERN THE JUDGE HAD FOR HIS SAFETY, AND BECAUSE OF THE OPEN CASE THAT I HAD AGAINST MR. D'AMARIO.
Q. AFTER YOU RECEIVED THAT LETTER, G-1, DID YOU OBTAIN A PHOTOGRAPH OF THE DEFENDANT?
A. I GOT A COPY OF HIS BOOKING PHOTO FROM RHODE ISLAND AND

35



THEN UPON MR. D'AMARIO'S RELEASE FROM CUSTODY IN MINNESOTA, I HAD THE PRE-TRIAL SERVICES OFFICER IN ARIZONA WHERE MR. D'MARIO WAS STAYING, GO OUT AND GET ANOTHER PHOTO. I HAD TWO PHOTOS OF HIM.
Q. WHY DID YOU OBTAIN THOSE PHOTOGRAPHS?
A. THE FIRST ONE, TO NOTIFY THE COURT SECURITY OFFICERS IN MY BUILDING JUST AS A PRECAUTION. AND THE SECOND ONE IS, ONCE HE WAS RELEASED I WANTED TO MAKE SURE THAT THE FIRST PHOTO WAS VERY SIMILAR OR WANTED TO SEE IF HIS LOOKS CHANGED, AND THEN WITH THE SECOND PHOTO ALSO NEEDED TO UPDATE THE COURT'S SECURITY OFFICES IN MY BUILDING AND THE LOCAL POLICE CHIEF OF THE TOWN WHICH THE JUDGE LIVES IN.
Q. NOW, FOLLOWING YOUR RECEIPT OF THAT LETTER, DID YOU IN FACT TRACK THE DEFENDANT'S WHEREABOUTS?
A. YES, I DID.
Q. DID YOU TRACK THE WHEREABOUTS OF EVERY DEFENDANT THAT'S CONVICTED IN COURT IN RHODE ISLAND -- I'M SORRY, NEW HAMPHSIRE?
A. NO, NOT AT ALL. NOT AT A THREAT COORDINATOR, NO.
Q. WAS THE DEFENDANT TO YOUR KNOWLEDGE ULTIMATELY RELEASED FROM CUSTODY?
A. YES, HE WAS.
Q. WHAT IF ANYTHING DID YOU DO AT THE TIME THE DEFENDANT WAS RELEASED FROM CUSTODY?
A. ONCE HE WAS RELEASED FROM CUSTODY I CHECKED TO SEE WHAT

35



CONDITIONS HIS RELEASE HAD, WHAT HIS CONDITIONS FROM RELEASE WERE, AND HE WAS ON ELECTRONIC MONITORING, THAT HIS BAIL HAD BEEN CO-SIGNED BY HIS PARENTS. I THEN CONTACTED THE PRE-TRIAL SERVICES OFFICER THAT WAS HIS REPORTING OFFICER. AND THEN I NOTIFIED, AGAIN, THE COURT SECURITY OFFICERS IN MY BUILDING AND THE LOCAL CHIEF OF POLICE FOR THE TOWN WHICH THE JUDGE LIVED IN.

Q. WHAT DID YOU TELL THE LOCAL CHIEF OF POLICE IN THE TOWN WHERE THE JUDGE LIVED?

A. BASICALLY, BASICALLY I BRIEFED THE CHIEF AS TO THE SITUATION OF THE CASE THAT WE HAD, MY CONCERNS THAT I HAD. AND SO THAT THE CHIEF COULD HAVE AN OFFICER READY IF WE NEEDED ONE TO RESPOND TO JUDGE DICLERICO'S HOME.

Q. DID YOU PROVIDE THE CHIEF OF POLICE A DESCRIPTION OF THE DEFENDANT?

A. I GAVE HIM A COPY OF A PHOTO WE RECEIVED FROM ARIZONA, FROM THE PRE-TRIAL SERVICES OFFICER.

MS. GOLDKLANG: I HAVE NOTHING FURTHER.

THE COURT: CROSS-EXAMINE. MISS KOCH, IS THAT YOU?

MS. KOCH: YES. THANK YOU.

(CROSS-EXAMINATION OF STEVEN BARTLETT BY MS. KOCH).

Q. COULD I ASK A BRIEF INQUIRY OF MISS GOLDKLANG?

THE COURT: SURE.

(OFF RECORD DISCUSSION BETWEEN MISS KOCH AND MISS