EX 36

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

MAY 23 10 42 AM '01

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Arthur D'Amario

v.

C.A. No. 01-97

USA

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of the defendant pursuant to an Order dated 5/17/01.

Barbara J. D'Amico

Deputy Clerk

May 23, 2001

36A

issues should be considered on collateral attack.

The petition is dismissed.

SO ORDERED.

Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
District Judge

May 17, 2001

cc: Arthur D'Amario, pro se
Stephanie S. Browne, Esquire
Clerk, USDC-RI