EX 37

| | |
|---|---|
| Incarcerated: X Yes __Unknown __No | Location: FMC Rochester, MN |

Additional Suspects: None

| | | |
|---|---|---|
| FBI Notified: yes | Date: 06/27/00 | Initiated Investigation: x Yes or __No |
| Notified by: AUSA Craig Moore D/RI | | Joint Investigation: x Yes or __No<br>Requested Copy of Investigation? x Yes or __No |
| FBI Agent: [redacted] b7C | | Telephone #: |

Office: Providence, RI.

Brief Narrative: On May 18, 2001, D'AMARIO ( WIN # 371122 ) was indicted in the District of New Jersey for 18 U.S.C. 115 (a) (1) (B) & 2, threatening to assault and murder a United States judge. D'AMARIO was arrested by USMS and FBI at FMC Rochester and transported to D/MN for arraignment. D'AMARIO was held without bail, and order removed to the D/NJ. This charge stemmed from several letters written by D'AMARIO in June 23, 2000. On May 25, 2001, [redacted] received a letter at his chambers from D'AMARIO, dated May 21, 2001. The letter has been forwarded to the prosecuting attorney Deborah Goldklang [redacted] his letter does not openly threate [redacted] but does stated D'AMARIO will see the judge this summer in New Jersey for the trial of the other letters.

b7C

FOR OFFICIAL USE ONLY

Form USM-550
(Rev. 6/98)