EX 38

** TX STATUS REPORT ** AS OF DEC 03 2001 09:26 PAGE.01

US MARSHALS CONCORD

| | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|
| 15 | 12/03 09:23 | 8569684917 | EC--S | 03'18" | 009 | 250 | OK |

Fed. ... Detention Center
P.O. ... 562
Philadelphia, PA 19106
Name: A. [illegible]
Reg. No. #

SCREENED USMS

USMS SCREENED PRISONER MAIL

[redacted]
Judicial Council of the First Circuit
1. Courthouse Way, Suite 3700
Boston, MA 02210

02210+3005 73

b7C

187