Ex 39

b7C

Fe… … Detention Center
P.O. … 562
Phila…hia, PA 19106
Name: A. D'Amario
Reg. No. #

SCREENED
USMS

b7C

USMS SCREENED
PRISONER MAIL

[redacted]

Judicial Council of the First Circuit
1 Courthouse Way, Suite 3700
Boston, MA 02210

02210+3005 73

b7C

186