EX 40

b7C

# FAX

b7C

TO : [redacted] (Marshall's Office)

FROM : [redacted] chambers)

DATE : November 30, 2001

RE : Letter from A. D'Amario

PAGES : 8 (including cover)

1884