EX 41

U.S. MARSHALS SERVICE

# U.S. MARSHAL

## OFFICIAL BUSINESS

# UNITED STATES MARSHALS SERVICE

## District of New Hampshire


55 Pleasant Street, Suite 207
Concord, New Hampshire 03301

Main Office: (603)225-1632
Administrative FAX: (603)225-1633
Criminal/Warrants FAX: (603)225-1659

Raymond Gagnon, USM [redacted] CDUSM


b7C

WIN DISTRICT CODE: 049 NCIC/NLETS ORI: NHUSM01S0

b7C

TO: [redacted]
FROM: [redacted]
SENDER CONTACT NUMBER: [redacted]
DATE: 12/3/01
PAGES TO FOLLOW: 8 (EXCLUDING COVER SHEET)

COMMENTS: Please take this fax to either SA [redacted] or AUSA D. GOLDKLANG. THEY ARE ON TRIAL ON 5th FLOOR 5A COURTROOM

b7C

INFORMATION IS NOT TO BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED

185