EX 42

U.S. MARSHALS SERVICE

# U.S. MARSHAL

## OFFICIAL BUSINESS

# UNITED STATES MARSHALS SERVICE

## District of New Hampshire

55 Pleasant Street, Suite 207
Concord, New Hampshire 03301

Main Office: (603)225-1632
Administrative FAX: (603)225-1633
Criminal/Warrants FAX: (603)225-1659 b7C

Raymond Gagnon, USM [redacted] CDUSM

WIN DISTRICT CODE: 049 NCIC/NLETS ORI: NHUSM01S0

b7C

TO: [redacted]
FROM: [redacted]
SENDER CONTACT NUMBER: [redacted]
DATE: 12/4/01
PAGES TO FOLLOW: 9 (EXCLUDING COVER SHEET)

COMMENTS: The two letters written by DAMARIO to 1st CIRCUIT COURT OF APPEALS

INFORMATION IS NOT TO BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED

188