EX 43

b7C, b7E

August 20, 2001,

Received a call from Chief [redacted] can't make the meeting today. Re-schedule for Wednesday, called and left message. Spoke to [redacted] this morning no photo yet, from AZ. Also received a package from [redacted] e: information from AZ. [redacted] had also sent a copy of same info to Judge [redacted] Placed report in file. b7C

August 22, 2001

Received the photos from [redacted] E-mailed the photos to [redacted] b7C

August 23, 2001 b7E

Called the [redacted] Set-up an appointment to see him next week.

Unable to met with Chief, briefed by phone.

November and December 2001

Spoke with [redacted] in AZ for movement to NJ for the trial. Also spoke with Debra [redacted] about D'AMARIO's movement to NJ and off monitoring. Spoke to USPO Deputy Chief [redacted] [redacted] in NJ about our concerns. Called [redacted] b7C b7E

Received info from Chief re: letter received by 1st Circuit Appeals Judge [redacted] chambers [redacted] ed from D'AMARIO. Contacted the chambers spoke law clerk [redacted] Also copy of letter to us and then fax out letter to Debra, NJ USPO, and to [redacted] notified [redacted] b7C b7E b7C

Pick-up letter from DUSM [redacted] D/MA while traveling to NJ to testify. Turned original to Debra. b7C

Notified of second letter to Judge [redacted] chambers. Get a faxed copy and fax to Debra, [redacted] nd USPO [redacted] USPO [redacted] Spoke to Judge [redacted] n person about additional letters, also gave him copies. b7C

149