EX 44

December 4, 2001

Received a call from [redacted] that D'AMARIO was convicted in NJ and remanded. Notified Chief, who called [redacted] Also called USMS RI and Threat [redacted]. Called Chief in [redacted] THANKED him. Also spoke with [redacted] in AZ. [redacted] will no longer be covering D'AMARIO. D'AMARIO will be reporting to USPO [redacted]

December 5, 2001

Called and spoke to [redacted] and had him fed-ex the second letter to this office. Called and spoke to [redacted] USPO/RI re: conditions. According to [redacted] AZ. Closed out case and if D'AMARIO is acquitted on Rule 29 on Monday December 10. He will be able to return to RI.

Called [redacted] in NJ re: Rule 29 Motion, left message [redacted] called back, briefed as to what would happen if D'AMARIO is acquitted on Monday.

Called and spoke to [redacted] DUSM Camden, NJ [redacted] D'AMARIO is being housed at FDC Philly now. Rule 29 is set for Monday. Requested that [redacted] contact this office after hearing as to status.

December 6, 2001

Received letter by fed-ex from 1st circuit court of appeals in Boston.

2/26/02 - SPOKE W/ AUSA GOLDKLANG. D'AMARIO JUST HAD BAIL HEARING AND WAS RELEASED ON BAIL TO SELF REPORT TO ARIZONA AND RESUME ELECTRONIC MONITORING. I CONTACTED JUDGE [redacted] AND INFORMED HIM, [redacted] CONTACTED b7E USPO [redacted] AND GAVE HEADS UP.

148