EX 45

UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

FLORENCE PAGANO
ASSISTANT CIRCUIT EXECUTIVE
617-748-9376

March 6, 2003

Arthur D'Amario, III
1488 W. Camino de la Oca
Green Valley, AZ 85614

Dear Mr. D'Amario:

Your letter, dated February 11, 2003, has been referred to my attention. As I indicated to you in my letter, dated February 6, 2003, the Circuit Executive's misconduct files do not contain the letters that you have identified. Indeed, there is no record that this office ever received such letters. Consequently, this Circuit Executive Office staff have no knowledge as to how the letters you describe would have, as you allege, been obtained by any other party.

Sincerely,

Florence Pagano