EX 46

UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

FLORENCE PAGANO
ASSISTANT CIRCUIT EXECUTIVE
617-748-9376

May 5, 2008

Arthur D'Amario, # 02989-070
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

Dear Mr. D'Amario:

Your correspondence, dated April 1, 2008, has been forwarded to my attention. While your allegations are unclear, as indicated in my letter of March 6, 2003, the files maintained in this office pertaining to your complaints of judicial misconduct have not been disclosed. Nor do the apparent fax cover pages from the U.S. Marshal Service for the District of New Hampshire and the other documents enclosed with your letter provide any indication to the contrary. Please note, however, that Rule 23 of the Rules for Judicial-Conduct and Judicial-Disability Proceedings permits the disclosure of otherwise confidential information in certain circumstances.

Sincerely,

Florence Pagano