UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | No. CR 99-024 |
| ARTHUR D'AMARIO | : | |

## SUPPLEMENTAL MOTION FOR A NEW TRIAL

Pursuant to Rule 33, Defendant moves for a new trial based on the discovery of evidence that Ed Roy had a conflict of interest and was taking action adverse to his client. In support thereof, Defendant relies on his accompanying memorandum and exhibits.

Defendant, pro se,

Arthur D'Amario III
FCI Englewood, CO

## CERTIFICATION

I certify that on June 16, 2008, I mailed copies of this Motion & Memorandum to AUSA Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903.