CR 99-24

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 7-316S

TROY LEVI

MOTION

Pursuant to Rule 58(d) and Rule 60(a), Plaintiff moves that the court re-enter final judgment to trigger the running of a new time frame for the filing of a notice of appeal. Plaintiff asserts that he was not notified of the Order of Nov. 27, 2007, until July 3, 2008, and refers the court to his accompanying Declaration.

Plaintiff, pro se,
[signature] 7/7/08
Arthur D'Amario 02989070
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123