CA: 99-24
J. DiClerico

# United States Court of Appeals
## For the First Circuit

---

No. 08-1841

ARTHUR D'AMARIO, III,

Petitioner,

v.

UNITED STATES,

Respondent.

---

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

---

JUDGMENT

Entered: August 19, 2008

The application for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255 is denied as it does not meet the requirements set forth in 28 U.S.C. § 2255(h). The motion for appointment of counsel is denied.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Hon. Joseph A. DiClerico
David DiMarzio, Clerk, U.S.D.C. of Rhode Island
Arthur D'Amario
Donald C. Lockhart
Adi Goldstein
James Leavey