9/2/08

Clerk's Office
US District Court
Providence, RI 02903-1720

RE: D'AMARIO v. USA, No. 08-cv- (D.R.I.)

Dear Clerks:

Enclosed for filing is my new § 2255 motion, with a Rule 12(f) motion and memorandum of law. Please notify me quickly of the docket number.

May I make a suggestion? Why don't you all quit your jobs and go to work for a real court somewhere, one with integrity and honest judges? It can't be very rewarding having to spend 40 hours each week drafting opinions for imbeciles that misstate the law and undermine the Bill of Rights.

Consider my unique situation. These idiots of law said there's "probable cause" for a warrant to search and ransack my home when I didn't do anything.

Fact: The police who ransacked my apartment committed the crime described in the warrant application. They wrote anonymous, harassing, crank letters to a girl they don't even know. They left their fingerprints and DNA on those letters, and the typeset matches that used by police on their incident reports.

They impersonated me and made harassing phone calls to the girl they don't know. Fact: On 10/31/97, the girl admitted to police (who wrote it down) that I never called her. Fact: On 2/4/99, with police watching, the girl testified that I never called her and was being falsely accused of it by police.

Yet your stupid, silly, clown court ruled I was a bonafide "suspect." In other words, when police wrote the girl they don't know, "probable cause" existed to go after me rather than themselves!

Do everyone a favor. Take the LSD away from those ridiculous cartoon characters. Tell Lagueux and DiClerico to stop tripping. It's not 1967.

I had a dream that I was back in your miserable courthouse and being chased by wild monkeys down the hallways.

As the sheriffs announce at Superior Court when one of these geezers takes the bench, "God [help] the state of Rhode Island & Providence Plantations!"

Let me know when hateful old tyrant RRL kicks, so my meth head pals and I can enjoy a little celebratory party in my cell. What is he now, 88, and still picking on the out-of-state lawyers? I've often surmised that he's really a robot and Marshals have to keep changing his oil every 2,000 mistakes. Didn't he march on Havana with Fidel in '59? He can't outrun Alzheimer's.

If you want to divulge any secrets to me, like judges whacked on meds, or Gemma cavorting with mobsters, or Goldberg talking to the portraits on the walls, or how they offed that Pro-Jo publisher, just write me here and spill the beans. I'll promise not to maintain confidentiality.

Tell Weiner he looks like every pedophile I've crossed in prison. So does AUSA Ed Roy. What have those eels been viewing on their computers?

For RI justice,

A. D'Amario
ENG