UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

CR99-24

v.

No. 8-cv-

USA

**MOTION TO STRIKE**

Pursuant to Rule 12(f), Petitioner moves to strike from the record the invalid judgment entered 5/23/01 by Judge DiClerico in D'Amario v. USA, C.A. No. 1-0097 (D.R.I.), and for the recusal of every judge within the Circuit as mandated by 28 USC § 455(a). For support, Petitioner relies on his attached memorandum of law.

Petitioner, pro se,
[signature] 9-2-08
Arthur D'Amario III
ENG

September 11, 2008
Motion denied.
William G. Young